UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES<br>Plaintiff, | ) | |
| Vs. | ) | C.A. No. 06- 76 L |
| Jeffrey Derderian, et al. | ) | |

NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHT CLUB FIRE LITIGATION)

Now comes Neil Gonsalves, Administrator of the Estate of Michael J. Gonsalves, and hereby respectively notifies the Court and the parties that he hereby adopts the Third Amended Master Complaint in Albert L. Gray, Administrator, et al., (Plaintiffs) vs. Jeffrey Derderian, et al., (C.A. No. 04-312L), with the exception of those counts and allegations naming Clear Channel Communications and/or WHJY as party defendants, more specifically, Count XXIX (WHJY, Inc. and/or Capstar-Negligence) and Count XXX (Clear Channel Broadcasting, Inc- Negligence), as referenced in the Third Amended Master Complaint at Paragraphs 395 to 410, inclusive.

**JURY DEMAND**

Plaintiff hereby demands a jury trial on all issues.

Respectively submitted:

Neil Gonsalves,
Administrator of the Estate of Michael J. Gonsalves
By his Attorneys,

Russell Bramley

Russell Bramley, Esq. (#1781)
Haronian, Bramley & Harrington
Centerville Commons
875 Centerville Road
Building Two, Unit 4B6
Warwick, RI 02886

CERTIFICATION

I hereby certify that an exact copy of the within document was mailed to the following individuals on this 17th day of February, 2006.

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, RI 02903-2196

Stephen E. Breggia, Esq.
Kevin F. Bowen, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 2891

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606

Brian Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Anthony F. DeMarco, Esq.
Mark T. Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Curtis Diedrich, Esq.
Edward Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2808

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, RI 02903

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Esquire Litigation Solutions LLC
stationfire@esquire.com

T. Dos Urbanski, Esq.
MELICK, PORTER & SHEA, LLP
Two Richmond Square, Suite 104
Providence, RI 02906

Joseph J. Bellew, Esq.
Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880

Donald M. Gregory, Esq.
7630 Post Road
North Kingstown, RI 02852

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

Daniel Horgan, Esq.
THE HORGAN LAW OFFICES
111 Huntington Street
New London, CT 06320

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Howard Julian
570 Shermantown Road
North Kingstown, RI 02874

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian Ridlon, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02310

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
One State Street, Suite 400
Providence, RI 02908

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914

Richard W. MacAdams, Esq.
MACADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Michael J. Mazurczak, Esq.
Allen J. McCarthy, Esq.
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02110

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

Howard A. Merten, Esq.
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas R. Bender, Esq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, RI 02903-2202

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
164 Hempstead Street
New London, CT 06320

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Robert I. Reardon, Esq.
Tracy L. Poppe, Esq.
THE REARDON LAW FIRM
160 Hempstead Street
New London, CT 06320

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street, Suite 400
Providence, RI 02903

James A. Ruggieri, Esq.
Suzanne O'Donoghue
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Georgia Sullivan, Esq.
The Law Office of David J. Mathis
55 Farmington Avenue, Suite 500
Hartford, CT 06105

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010

Benjamin V. White III, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

George E. Wolf, III, Esq.
Ann Songer, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108