UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES | : | |
| v. | : | C.A. No. 06- 76-L |
| JEFFREY DERDERIAN, et al | : | |

**ANSWER AND JURY CLAIM OF AMERICAN FOAM CORPORATION**

Plaintiff has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L, this Defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here.

**AMERICAN FOAM CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE** PC
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: March 13, 2006

Defendant, ***American Foam Corporation***, hereby claims a trial by jury.

Thomas C. Angelone, Esq.

## *CERTIFICATION*

I hereby certify that on this 15th day of March, 2006, I caused to be served via email in PDF format only, a copy of the within ***Answer to Complaint*** upon the following:

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| C. Russell Bengtson | RBengtson@ckmlaw.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@shet.com |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | jdean@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | john.mahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |

| | |
|---|---|
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph J. Monaco/Patrick Day | rmonaco.c-l@snet.net |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon | ReardonLaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |
| Ronald Langlois/Lauren Wilkens | stationfire@smithbrink.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@eapdlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@strausfactor.com |

Mary V. Conlon