UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES, Plaintiffs | : | |
| vs. | : | C.A. No. 06-76/L (Adopting 04-312-L) |
| JEFFREY DERDERIAN, ET AL. Defendants | : | |

DEFENDANTS'[1] ENTRY OF APPEARANCE

We hereby enter our appearance on behalf of defendants Knight Industries Inc., Knight Industries, LLC, Knight Industries I, LLC, Knight-Celotex, LLC, and Knight-Celotex Lisbon Falls, LLC in the above-entitled matter.

DEFENDANTS[2]

By their Attorneys,

/s/ David E. Maglio, Esq.
David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Telephone 401 831-5400
Fax 401 831-7979
dmaglio@magliolaw.com

- and –

[1] Defendants Knight Industries Inc., Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

[2] Defendants Knight Industries Inc. Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

/s/ Henry M. Swan, Esq.
Henry M. Swan, (#1056)
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street
Providence, RI 02903
Telephone 401 273-9000
Fax 401 273-9724
hms@dksblaw.com

Local Counsel

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

October 6, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 6th day of October, 2006

- **Thomas C. Angelone**
  angelonelaw@aol.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Russell Bramley**
  bramley@hbhlaw.net
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Bennett R. Gallo**
  brg@ndgrb.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com

- **Donald J. Maroney**
  dmaroney@kkrs.com
- **Edwin F. McPherson**
  emcpherson@m-klaw.com
- **James H. Reilly, III**
  jreilly@kkrs.com
- **Steven M. Richard**
  srichard@nixonpeabody.com ProEfile@nixonpeabody.com
- **James A. Ruggieri**
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com;sbodurtha@hcc-law.com
- **T. Dos Urbanski**
  durbanski@melicklaw.com
- **David A. Wollin**
  dwollin@apslaw.com dciuffetelli@apslaw.com

And sent via conventional electronic mail to the following:

Howard Julian sohohomes@yahoo.com

__/s/________________________
David E. Maglio, Esq., #3459

h:\clients\station fire\gonsalves\pleadings\entry of appearance knight