UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEIL GONSALVES, as Administrator :
of the Estate of MICHAEL GONSALVES :
Plaintiffs :
:
vs. : C.A. NO. 06-076-L
:
JEFFREY DERDERIAN, *et al.* :
Defendants :

**WITHDRAWAL OF APPEARANCE**

We, James A. Ruggieri, John R. Crockett, and Susan S. Wettle, hereby withdraw our appearance on behalf of Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc., and PMC Global, Inc. Appearance was entered due to clerical error.

Defendants
GENERAL FOAM CORPORATION
GFC FOAM, LLC, PMC, INC. and
PMC GLOBAL, INC.
By Their Attorneys
HIGGINS, CAVANAGH & COONEY LLP

/s/ James A. Ruggieri

James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Tel.)
(401) 273-8780 (Fax)

Of Counsel:

John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Enter:
Ronald R. Lagueux
Sr. USDJ 10/12/06