10-007-971

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., *Plaintiffs.* | ) | |
| Vs. | ) | C.A. No. 04-312-L |
| JEFFREY DERDERIAN, et al. *Defendants.* | ) | |

OBJECTION OF DEFENDANT, HIGH TECH SPECIAL EFFECTS, INC., TO PLAINTIFFS' MOTION TO MODIFY INTERIM SCHEDULING ORDER

Now comes defendant High Tech Special Effects, Inc. and hereby objects to Plaintiff's Motion to Modify Interim Scheduling Order (Pacer #1033) to permit limited discovery regarding alleged fraudulent transfers. Grounds in support of this motion are set forth in the accompanying memorandum of law.

Dated: November 13, 2006

Respectfully submitted,
HIGH TECH SPECIAL EFFECTS, INC.,

/s/ ____________________

Mark T. Nugent, Esquire (#2637)
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331.4660
Fax: (401) 351.4420

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via CM/ECF, on all counsel of record in all of the Station Fire cases on this day ________ of __________________, 2006.

/s/____________________
Mark T. Nugent, Esquire (#2637)

625188v1

| | |
|---|---|
| Alegria, Karen A. | karen@briancunha.com |
| Angelone, Thomas C. | angelonelaw@aol.com; Conlonmary@aol.com |
| Armato, Steven T. | sarmato@cetcap.com; kbjornlund@cetcap.com; agriffin@cetcap.com |
| Aronson, Joseph | jaronson@mccormackfirm.com |
| Babcock, Charles L. | cbabcock@jw.com |
| Barylick, John P. | jpb@wistbar.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James A. | jim@b-plaw.com |
| Bramley, Russell | Bramley@hbhlaw.net |
| Breggia, Stephen E. & Kevin Bowen | sbreggia@bbglaw.us |
| Breslin-Harden, Kate & J. Renn Olenn | KBH@olenn-penza.com |
| Burke, William F. | vburke@apslaw.com |
| Burns, Joseph B. | jburns@rms-law.com |
| Cahill, Mark D. | mcahill@choate.com |
| Cappuccio, Lawrence Joseph | l.cappuccio@worldnet.att.net |
| Cavanagh, Joseph V. Jr. | jvc@blishcavlaw.com; stationfire@blishcavlaw.com |
| Cetrulo, Lawrence G. | lecetrulo@cetcap.com; kbjornlund@cetcap.com; mcahalane@cetcap.com; agriffin@cetcap.com |
| Clarke, Kim M. | kclarke@nixonpeabody.com; ProEfile@nixonpeabody.com |
| Cloherty, John J. III | jcloherty@piercedavis.com |
| Crane, Edward M. | ecrane@skadden.com |
| Creamer, Ronald J. | resminilaw@yahoo.com |
| Creedon, Jennifer | jcreedon@cetcap.com |
| Crockett, John R. | jcrockett@fbtlaw.com |
| Cunha, Brian R. | brian@briancunha.com |
| D'Ambra, James S. | ricedolan@ricedolan.com |
| Deanseria, Jessica | jdean@wistbar.com |
| DeLuca, Michael R. | mrd@gsm-law.com |
| DeMarco, Anthony F. & Mark Reynolds | tdemarco@conversent.net; rdblaw@conversent.net |
| DeMaria, Gerald C. | gdemaria@hcc-law.com |
| DeSisto, Marc | marc@desistolaw.com; mary@desistolaw.com; stationfire@desistolaw.com |
| DiMario, Eric B. | edimario@gunninglafazia.com |
| Diedrich, Curtis R. | cdiedrich@sloanewalsh.com |
| Dolan, Mark P. & Anthony Leone | ricedolan@ricedolan.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Fallon, Christopher C. Jr. | cfallon@cozen.com |

| | |
|---|---|
| Flanagan, John J. | jflanagan@torti.com |
| Fogerty, Stephen | fogerty@halloran-sage.com |
| Gallo, Bennett R. | brg@ndgrb.com |
| Gallone, Richard T. | richard@briancunha.com |
| Greenbaum, Josh M. | jgreenbaum@cozen.com |
| Hadden, Mark C. | mhadden@mhaddenlaw.com |
| Hamilton, Nancy W. | nhamilton@jw.com |
| Heffernan, William M. | HeffernanLaw@aol.com |
| Henlein, Carl A. | chenlein@fbtlaw.com |
| Hermanson, Eric Bradford | ebh@choate.com |
| Hinchey, Edward T. & James Scanlon | EHinchey@sloanewalsh.com |
| Hines, John G. | Hines-Patz@conversent.net |
| Horgan, Daniel J. | horganlaw@snet.net |
| Izzi, Stephen A. | sizzi@mosesafonso.com; Stephen.Izzi@hklaw.com |
| Jones, Patrick T. & Peter Schneider | pjones@cmjlaw.com |
| Keller, Bruce & Michael Potenza | bpkeller@debevoise.com |
| Kelly, Fred A. Jr. | fkelly@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Krowski, Joseph | josephkrowski.law@verizon.net |
| Langfitt, David D. | dlangfitt@mmwr.com |
| Langlois, Ronald P. & Lauren Wilkens | rlanglois@smithbrink.com; stationfire@smithbrink.com |
| Larivee, Stephanie DiMaio | fonia@msn.com |
| Lee, James R. | jlee@riag.ri.gov; jlee@riag.state.ri.us |
| Levin, S. Michael | mlevin@wszlaw.com; slevesque@wszlaw.com; presnik@mwe.com; skasten@mwe.com |
| Lyons, Thomas W. III | tlyons@straussfactor.com |
| MacAdams, Richard W. | rmacadams@mwdglaw.com; vburrus@mwdglaw.com; rmacadams@mandwlaw.com |
| MacGillivray, Stephen J. | smacgillivray@eapdlaw.com |
| Maglio, David E. | dmaglio@magliolaw.com; dgianq@magliolaw.com |
| Mahoney, John R. | jackmahoney@amlawllp.com; lsoucy@amlawllp.com; johnmahoney@amlawllp.com |
| Mancuso, Eva Maria | emancuso@hwac.com |
| Mandell, Mark S. | msmandell@msn.com; cmatzko@cox.net; cmatzko873@rwu.edu |
| Maroney, Donald J. | dmaroney@kkrs.com |
| Mazurczak, Michael J. | mmazurczak@melicklaw.com; stationlitigation@melicklaw.com |
| McCarthy, Allen J. | stationlitigation@melicklaw.com |
| McCormack, Michael | mmccormack@mccormackfirm.com |
| McGough, W. Thomas Jr. | wmcgough@reedsmith.com |
| McKiernan, Daniel P. | dmckiernan@mtmlaw.us |

| | |
|---|---|
| McPherson, Edwin F. | emcpherson@m-klaw.com |
| Medeiros, Matthew F. | mfm@lmkbw.com |
| Merten, Howard A. & Benjamin White | hm@psh.com; slb@psh.com; hmerten.station@psh.com |
| Michels, Kelly N. | knm@hansoncurran.com; stationfire@hansoncurran.com |
| Minicucci, Steven A. & William Filippo | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.com |
| Monaco, Ralph J. & Patrick Day | rmonco.c-l@snet.net |
| Murphy, James T. | jtm@hansoncurran.com; stationfire@hansoncurran.com |
| Murphy, John F. | stationfire@shb.com |
| Nazzaro, John J. | nazzjn@aol.com |
| Norton, Robert T. | rnorton@sloanewalsh.com |
| Nugent, Mark T. | mnugent@morrisonmahoney.com; cmontgomery@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William E. | wogara@pld-law.com; smelo@pld-law.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Pierce, Joel F. | jpierce@piercedavis.com |
| Poppe, Tracy L. | reardonlaw@aol.com |
| Prignano, Stephen M. | sprignano@eapdlaw.com; rjil@eapdlaw.com |
| Reardon, Robert I. Jr. | reardonlaw@aol.com |
| Redihan, Charles N. Jr. | credihan@kprlaw.com |
| Reilly, James H. III | jreilly@kkrs.com |
| Resmini, Ronald J. | resminilaw@yahoo.com |
| Restivo, James J. Jr. | jrestivo@reedsmith.com |
| Richard, Steven M. | srichard@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Roberts, Dennis J. II | droberts@djrlaw.com |
| Rodgers, Kristin E. | ker@blishcavlaw.com; stationfire@blishcavlaw.com |
| Ruggieri, James A. | jruggieri@hcc-law.com; peason@hcc-law.com; sbodurtha@hcc-law.com |
| Sarli, Michael G. | mgs@gsm-law.com |
| Schneider, Peter J. | pschneider@cmjlaw.com |
| Solmor, Deborah G. | dsolmor@skadden.com |
| Songer, Ann M. | stationfire@shb.com |
| St. Pierre, Michael A. | mikesp@rrsplaw.com; susanl@rrsplaw.com |
| Sullivan, Georgia Ann | Georgia.Sullivan@thehartford.com |
| Sullivan, Paul V. | pvsullivan@morrisonmahoney.com |
| Suryanarayan, Rajaram | rsury@gunninglafazia.com |
| Swan, Henry M. | hms@dksblaw.com |
| TerMolen, Mark R. | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark & Timothy Williamson | aminchillo@itwlaw.com |
| Trevelise, Andrew J. | atrevelise@reedsmith.com |
| Tucker, Bruce Gregory | btucker@legalmgt.com |
| Tucker, Scott J. | stucker@the-law.com |

| | |
|---|---|
| Urbanski, T. Dos | durbanski@melicklaw.com; stationlitigation@melicklaw.com |
| Walker, Earl H. | ewalker@jw.com |
| Wettle, Susan S. | swettle@fbtlaw.com; jcleary@fbtlaw.com; tthomas@fbtlaw.com |
| Wistow, Max | mwistow@wistbar.com |
| Wolf, George | stationfire@shb.com |
| Wollin, David A. | dwollin@apslaw.com; dciuffetelli@apslaw.com |

**Notice will be delivered via conventional electronic mail to the following:**

| | |
|---|---|
| Hardwicke, Timothy B. | timothy.hardwicke@lw.com; suzanne.kadus@lw.com chefiling@lw.com |
| Julian, Howard | sohohomes@yahoo.com |
| Sullivan, Meghan | Meghan.Sullivan@lw.com |

**Notice will be delivered via Regular US Mail, postage prepaid, to:**

Judy Perritano
Pierce, Davis, Fahey & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

10-007-971

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., *Plaintiffs.* | ) | |
| Vs. | ) | C.A. No. 04-312-L |
| JEFFREY DERDERIAN, et al. *Defendants.* | ) | |

DEFENDANT, HIGH TECH SPECIAL EFFECTS, INC.'S
MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO
PLAINTIFFS' MOTION TO MODIFY INTERIM SCHEDULING ORDER

Now comes defendant High Tech Special Effects, Inc. and submits this memorandum of law in support of its objection to the Plaintiffs' Motion to Modify Interim Scheduling Order (Pacer #1033) to permit limited discovery regarding alleged fraudulent transfers.

ARGUMENT

Plaintiffs have failed to present any compelling justification for modifying the Interim Scheduling Order. Magistrate Judge Martin has already ruled that there is no ground sufficient to allow the plaintiffs to conduct broad based financial asset discovery on each defendant, and no legitimate fear of the statute of limitations expiring under the Uniform Fraudulent Transfer Act. As further grounds in support of its Objection, High Tech Special Effects, Inc. also relies upon and incorporates by reference the Objections and memoranda of law of its co-defendants.

Dated: November 13, 2006

Respectfully submitted,
HIGH TECH SPECIAL EFFECTS, INC.,

/s/ ______________________________

Mark T. Nugent, Esquire (#2637)
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331.4660
Fax: (401) 351.4420

625189v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served, via CM/ECF, on all counsel of record in all of the Station Fire cases on this day ________ of _________________, 2006.

/s/_________________________________
Mark T. Nugent, Esquire (#2637)

| | |
|---|---|
| Alegria, Karen A. | karen@briancunha.com |
| Angelone, Thomas C. | angelonelaw@aol.com; Conlonmary@aol.com |
| Armato, Steven T. | sarmato@cetcap.com; kbjornlund@cetcap.com; agriffin@cetcap.com |
| Aronson, Joseph | jaronson@mccormackfirm.com |
| Babcock, Charles L. | cbabcock@jw.com |
| Barylick, John P. | jpb@wistbar.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James A. | jim@b-plaw.com |
| Bramley, Russell | Bramley@hbhlaw.net |
| Breggia, Stephen E. & Kevin Bowen | sbreggia@bbglaw.us |
| Breslin-Harden, Kate & J. Renn Olenn | KBH@olenn-penza.com |
| Burke, William F. | vburke@apslaw.com |
| Burns, Joseph B. | jburns@rms-law.com |
| Cahill, Mark D. | mcahill@choate.com |
| Cappuccio, Lawrence Joseph | l.cappuccio@worldnet.att.net |
| Cavanagh, Joseph V. Jr. | jvc@blishcavlaw.com; stationfire@blishcavlaw.com |
| Cetrulo, Lawrence G. | lecetrulo@cetcap.com; kbjornlund@cetcap.com; mcahalane@cetcap.com; agriffin@cetcap.com |
| Clarke, Kim M. | kclarke@nixonpeabody.com; ProEfile@nixonpeabody.com |
| Cloherty, John J. III | jcloherty@piercedavis.com |
| Crane, Edward M. | ecrane@skadden.com |
| Creamer, Ronald J. | resminilaw@yahoo.com |
| Creedon, Jennifer | jcreedon@cetcap.com |
| Crockett, John R. | jcrockett@fbtlaw.com |
| Cunha, Brian R. | brian@briancunha.com |
| D'Ambra, James S. | ricedolan@ricedolan.com |
| Deanseria, Jessica | jdean@wistbar.com |
| DeLuca, Michael R. | mrd@gsm-law.com |

| | |
|---|---|
| DeMarco, Anthony F. & Mark Reynolds | tdemarco@conversent.net; rdblaw@conversent.net |
| DeMaria, Gerald C. | gdemaria@hcc-law.com |
| DeSisto, Marc | marc@desistolaw.com; mary@desistolaw.com; stationfire@desistolaw.com |
| DiMario, Eric B. | edimario@gunninglafazia.com |
| Diedrich, Curtis R. | cdiedrich@sloanewalsh.com |
| Dolan, Mark P. & Anthony Leone | ricedolan@ricedolan.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Fallon, Christopher C. Jr. | cfallon@cozen.com |
| Flanagan, John J. | jflanagan@torti.com |
| Fogerty, Stephen | fogerty@halloran-sage.com |
| Gallo, Bennett R. | brg@ndgrb.com |
| Gallone, Richard T. | richard@briancunha.com |
| Greenbaum, Josh M. | jgreenbaum@cozen.com |
| Hadden, Mark C. | mhadden@mhaddenlaw.com |
| Hamilton, Nancy W. | nhamilton@jw.com |
| Heffernan, William M. | HeffernanLaw@aol.com |
| Henlein, Carl A. | chenlein@fbtlaw.com |
| Hermanson, Eric Bradford | ebh@choate.com |
| Hinchey, Edward T. & James Scanlon | EHinchey@sloanewalsh.com |
| Hines, John G. | Hines-Patz@conversent.net |
| Horgan, Daniel J. | horganlaw@snet.net |
| Izzi, Stephen A. | sizzi@mosesafonso.com; Stephen.Izzi@hklaw.com |
| Jones, Patrick T. & Peter Schneider | pjones@cmjlaw.com |
| Keller, Bruce & Michael Potenza | bpkeller@debevoise.com |
| Kelly, Fred A. Jr. | fkelly@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Krowski, Joseph | josephkrowski.law@verizon.net |
| Langfitt, David D. | dlangfitt@mmwr.com |
| Langlois, Ronald P. & Lauren Wilkens | rlanglois@smithbrink.com; stationfire@smithbrink.com |
| Larivee, Stephanie DiMaio | fonia@msn.com |
| Lee, James R. | jlee@riag.ri.gov; jlee@riag.state.ri.us |
| Levin, S. Michael | mlevin@wszlaw.com; slevesque@wszlaw.com; presnik@mwe.com; skasten@mwe.com |
| Lyons, Thomas W. III | tlyons@straussfactor.com |
| MacAdams, Richard W. | rmacadams@mwdglaw.com; vburrus@mwdglaw.com; rmacadams@mandwlaw.com |
| MacGillivray, Stephen J. | smacgillivray@eapdlaw.com |
| Maglio, David E. | dmaglio@magliolaw.com; dgianq@magliolaw.com |
| Mahoney, John R. | jackmahoney@amlawllp.com; lsoucy@amlawllp.com; |

| | |
|---|---|
| | johnmahoney@amlawllp.com |
| Mancuso, Eva Maria | emancuso@hwac.com |
| Mandell, Mark S. | msmandell@msn.com; cmatzko@cox.net; cmatzko873@rwu.edu |
| Maroney, Donald J. | dmaroney@kkrs.com |
| Mazurczak, Michael J. | mmazurczak@melicklaw.com; stationlitigation@melicklaw.com |
| McCarthy, Allen J. | stationlitigation@melicklaw.com |
| McCormack, Michael | mmccormack@mccormackfirm.com |
| McGough, W. Thomas Jr. | wmcgough@reedsmith.com |
| McKiernan, Daniel P. | dmckiernan@mtmlaw.us |
| McPherson, Edwin F. | emcpherson@m-klaw.com |
| Medeiros, Matthew F. | mfm@lmkbw.com |
| Merten, Howard A. & Benjamin White | hm@psh.com; slb@psh.com; hmerten.station@psh.com |
| Michels, Kelly N. | knm@hansoncurran.com; stationfire@hansoncurran.com |
| Minicucci, Steven A. & William Filippo | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.com |
| Monaco, Ralph J. & Patrick Day | rmonco.c-l@snet.net |
| Murphy, James T. | jtm@hansoncurran.com; stationfire@hansoncurran.com |
| Murphy, John F. | stationfire@shb.com |
| Nazzaro, John J. | nazzjn@aol.com |
| Norton, Robert T. | rnorton@sloanewalsh.com |
| Nugent, Mark T. | mnugent@morrisonmahoney.com; cmontgomery@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William E. | wogara@pld-law.com; smelo@pld-law.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Pierce, Joel F. | jpierce@piercedavis.com |
| Poppe, Tracy L. | reardonlaw@aol.com |
| Prignano, Stephen M. | sprignano@eapdlaw.com; rjil@eapdlaw.com |
| Reardon, Robert I. Jr. | reardonlaw@aol.com |
| Redihan, Charles N. Jr. | credihan@kprlaw.com |
| Reilly, James H. III | jreilly@kkrs.com |
| Resmini, Ronald J. | resminilaw@yahoo.com |
| Restivo, James J. Jr. | jrestivo@reedsmith.com |
| Richard, Steven M. | srichard@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Roberts, Dennis J. II | droberts@djrlaw.com |
| Rodgers, Kristin E. | ker@blishcavlaw.com; stationfire@blishcavlaw.com |
| Ruggieri, James A. | jruggieri@hcc-law.com; peason@hcc-law.com; sbodurtha@hcc-law.com |
| Sarli, Michael G. | mgs@gsm-law.com |
| Schneider, Peter J. | pschneider@cmjlaw.com |
| Solmor, Deborah G. | dsolmor@skadden.com |

| | |
|---|---|
| Songer, Ann M. | stationfire@shb.com |
| St. Pierre, Michael A. | mikesp@rrsplaw.com; susanl@rrsplaw.com |
| Sullivan, Georgia Ann | Georgia.Sullivan@thehartford.com |
| Sullivan, Paul V. | pvsullivan@morrisonmahoney.com |
| Suryanarayan, Rajaram | rsury@gunninglafazia.com |
| Swan, Henry M. | hms@dksblaw.com |
| TerMolen, Mark R. | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark & Timothy Williamson | aminchillo@itwlaw.com |
| Trevelise, Andrew J. | atrevelise@reedsmith.com |
| Tucker, Bruce Gregory | btucker@legalmgt.com |
| Tucker, Scott J. | stucker@the-law.com |
| Urbanski, T. Dos | durbanski@melicklaw.com; stationlitigation@melicklaw.com |
| Walker, Earl H. | ewalker@jw.com |
| Wettle, Susan S. | swettle@fbtlaw.com; jcleary@fbtlaw.com; tthomas@fbtlaw.com |
| Wistow, Max | mwistow@wistbar.com |
| Wolf, George | stationfire@shb.com |
| Wollin, David A. | dwollin@apslaw.com; dciuffetelli@apslaw.com |

**Notice will be delivered via conventional electronic mail to the following:**

| | |
|---|---|
| Hardwicke, Timothy B. | timothy.hardwicke@lw.com; suzanne.kadus@lw.com chefiling@lw.com |
| Julian, Howard | sohohomes@yahoo.com |
| Sullivan, Meghan | Meghan.Sullivan@lw.com |

**Notice will be delivered via Regular US Mail, postage prepaid, to:**

Judy Perritano
Pierce, Davis, Fahey & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110