10-007-971

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of the Estate of MICHAEL GONSALVES<br>*Plaintiffs.*<br><br>Vs.<br><br>JEFFREY DERDERIAN, et al.<br>*Defendants.* | ) | C.A. No. 06-76-L |

**ANSWER AND JURY CLAIM OF HIGH TECH SPECIAL EFFECTS, INC.**

Plaintiff has adopted the Third Amended Master Complaint in *Albert L Gray, Administrator, et al v. Jeffrey Derderian, et al,* C.A. No. 04-612-L with the exception of those counts and allegations naming Clear Channel Communications and/or WHJY as party defendants, more specifically, Count XXIX (WHJY, Inc. and/or Casper – Negligence) and Count XXX (Clear Channel Broadcasting, Inc. – Negligence). This defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here.

Respectfully submitted,
HIGH TECH SPECIAL EFFECTS, INC.,

/s/ ______________________

Mark T. Nugent, Esquire (#2637)
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331.4660
Fax: (401) 351.4420

Dated: November 8, 2006

Defendant, **High Tech Special Effects, Inc.**, hereby demands a trial by jury.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via CM/ECF, on all counsel of record in all of the Station Fire cases on this day ________ of ________________, 2006.

/s/________________________________
Mark T. Nugent, Esquire (#2637)

| | |
|---|---|
| Alegria, Karen A. | karen@briancunha.com |
| Angelone, Thomas C. | angelonelaw@aol.com; Conlonmary@aol.com |
| Armato, Steven T. | sarmato@cetcap.com; kbjornlund@cetcap.com; agriffin@cetcap.com |
| Aronson, Joseph | jaronson@mccormackfirm.com |
| Babcock, Charles L. | cbabcock@jw.com |
| Barylick, John P. | jpb@wistbar.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James A. | jim@b-plaw.com |
| Bramley, Russell | Bramley@hbhlaw.net |
| Breggia, Stephen E. & Kevin Bowen | sbreggia@bbglaw.us |
| Breslin-Harden, Kate & J. Renn Olenn | KBH@olenn-penza.com |
| Burke, William F. | vburke@apslaw.com |
| Burns, Joseph B. | jburns@rms-law.com |
| Cahill, Mark D. | mcahill@choate.com |
| Cappuccio, Lawrence Joseph | l.cappuccio@worldnet.att.net |
| Cavanagh, Joseph V. Jr. | jvc@blishcavlaw.com; stationfire@blishcavlaw.com |
| Cetrulo, Lawrence G. | lecetrulo@cetcap.com; kbjornlund@cetcap.com; mcahalane@cetcap.com; agriffin@cetcap.com |
| Clarke, Kim M. | kclarke@nixonpeabody.com; ProEfile@nixonpeabody.com |
| Cloherty, John J. III | jcloherty@piercedavis.com |
| Crane, Edward M. | ecrane@skadden.com |
| Creamer, Ronald J. | resminilaw@yahoo.com |
| Creedon, Jennifer | jcreedon@cetcap.com |
| Crockett, John R. | jcrockett@fbtlaw.com |
| Cunha, Brian R. | brian@briancunha.com |
| D'Ambra, James S. | ricedolan@ricedolan.com |
| Deanseria, Jessica | jdean@wistbar.com |
| DeLuca, Michael R. | mrd@gsm-law.com |
| DeMarco, Anthony F. & Mark Reynolds | tdemarco@conversent.net; rdblaw@conversent.net |
| DeMaria, Gerald C. | gdemaria@hcc-law.com |

| | |
|---|---|
| DeSisto, Marc | marc@desistolaw.com; mary@desistolaw.com; stationfire@desistolaw.com |
| DiMario, Eric B. | edimario@gunninglafazia.com |
| Diedrich, Curtis R. | cdiedrich@sloanewalsh.com |
| Dolan, Mark P. & Anthony Leone | ricedolan@ricedolan.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Fallon, Christopher C. Jr. | cfallon@cozen.com |
| Flanagan, John J. | jflanagan@torti.com |
| Fogerty, Stephen | fogerty@halloran-sage.com |
| Gallo, Bennett R. | brg@ndgrb.com |
| Gallone, Richard T. | richard@briancunha.com |
| Greenbaum, Josh M. | jgreenbaum@cozen.com |
| Hadden, Mark C. | mhadden@mhaddenlaw.com |
| Hamilton, Nancy W. | nhamilton@jw.com |
| Heffernan, William M. | HeffernanLaw@aol.com |
| Henlein, Carl A. | chenlein@fbtlaw.com |
| Hermanson, Eric Bradford | ebh@choate.com |
| Hinchey, Edward T. & James Scanlon | EHinchey@sloanewalsh.com |
| Hines, John G. | Hines-Patz@conversent.net |
| Horgan, Daniel J. | horganlaw@snet.net |
| Izzi, Stephen A. | sizzi@mosesafonso.com; Stephen.Izzi@hklaw.com |
| Jones, Patrick T. & Peter Schneider | pjones@cmjlaw.com |
| Keller, Bruce & Michael Potenza | bpkeller@debevoise.com |
| Kelly, Fred A. Jr. | fkelly@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Krowski, Joseph | josephkrowski.law@verizon.net |
| Langfitt, David D. | dlangfitt@mmwr.com |
| Langlois, Ronald P. & Lauren Wilkens | rlanglois@smithbrink.com; stationfire@smithbrink.com |
| Larivee, Stephanie DiMaio | fonia@msn.com |
| Lee, James R. | jlee@riag.ri.gov; jlee@riag.state.ri.us |
| Levin, S. Michael | mlevin@wszlaw.com; slevesque@wszlaw.com; presnik@mwe.com; skasten@mwe.com |
| Lyons, Thomas W. III | tlyons@straussfactor.com |
| MacAdams, Richard W. | rmacadams@mwdglaw.com; vburrus@mwdglaw.com; rmacadams@mandwlaw.com |
| MacGillivray, Stephen J. | smacgillivray@eapdlaw.com |
| Maglio, David E. | dmaglio@magliolaw.com; dgianq@magliolaw.com |
| Mahoney, John R. | jackmahoney@amlawllp.com; lsoucy@amlawllp.com; johnmahoney@amlawllp.com |
| Mancuso, Eva Maria | emancuso@hwac.com |
| Mandell, Mark S. | msmandell@msn.com; cmatzko@cox.net; cmatzko873@rwu.edu |

| | |
|---|---|
| Maroney, Donald J. | dmaroney@kkrs.com |
| Mazurczak, Michael J. | mmazurczak@melicklaw.com; stationlitigation@melicklaw.com |
| McCarthy, Allen J. | stationlitigation@melicklaw.com |
| McCormack, Michael | mmccormack@mccormackfirm.com |
| McGough, W. Thomas Jr. | wmcgough@reedsmith.com |
| McKiernan, Daniel P. | dmckiernan@mtmlaw.us |
| McPherson, Edwin F. | emcpherson@m-klaw.com |
| Medeiros, Matthew F. | mfm@lmkbw.com |
| Merten, Howard A. & Benjamin White | hm@psh.com; slb@psh.com; hmerten.station@psh.com |
| Michels, Kelly N. | knm@hansoncurran.com; stationfire@hansoncurran.com |
| Minicucci, Steven A. & William Filippo | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.com |
| Monaco, Ralph J. & Patrick Day | rmonco.c-l@snet.net |
| Murphy, James T. | jtm@hansoncurran.com; stationfire@hansoncurran.com |
| Murphy, John F. | stationfire@shb.com |
| Nazzaro, John J. | nazzjn@aol.com |
| Norton, Robert T. | rnorton@sloanewalsh.com |
| Nugent, Mark T. | mnugent@morrisonmahoney.com; cmontgomery@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William E. | wogara@pld-law.com; smelo@pld-law.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Pierce, Joel F. | jpierce@piercedavis.com |
| Poppe, Tracy L. | reardonlaw@aol.com |
| Prignano, Stephen M. | sprignano@eapdlaw.com; rjil@eapdlaw.com |
| Reardon, Robert I. Jr. | reardonlaw@aol.com |
| Redihan, Charles N. Jr. | credihan@kprlaw.com |
| Reilly, James H. III | jreilly@kkrs.com |
| Resmini, Ronald J. | resminilaw@yahoo.com |
| Restivo, James J. Jr. | jrestivo@reedsmith.com |
| Richard, Steven M. | srichard@nixonpeabody.com; ProEfile@nixonpeabody.com; StationFireLitigation@nixonpeabody.com |
| Roberts, Dennis J. II | droberts@djrlaw.com |
| Rodgers, Kristin E. | ker@blishcavlaw.com; stationfire@blishcavlaw.com |
| Ruggieri, James A. | jruggieri@hcc-law.com; peason@hcc-law.com; sbodurtha@hcc-law.com |
| Sarli, Michael G. | mgs@gsm-law.com |
| Schneider, Peter J. | pschneider@cmjlaw.com |
| Solmor, Deborah G. | dsolmor@skadden.com |
| Songer, Ann M. | stationfire@shb.com |
| St. Pierre, Michael A. | mikesp@rrsplaw.com; susanl@rrsplaw.com |
| Sullivan, Georgia Ann | Georgia.Sullivan@thehartford.com |
| Sullivan, Paul V. | pvsullivan@morrisonmahoney.com |
| Suryanarayan, Rajaram | rsury@gunninglafazia.com |

| | |
|---|---|
| Swan, Henry M. | hms@dksblaw.com |
| TerMolen, Mark R. | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark & Timothy Williamson | aminchillo@itwlaw.com |
| Trevelise, Andrew J. | atrevelise@reedsmith.com |
| Tucker, Bruce Gregory | btucker@legalmgt.com |
| Tucker, Scott J. | stucker@the-law.com |
| Urbanski, T. Dos | durbanski@melicklaw.com; stationlitigation@melicklaw.com |
| Walker, Earl H. | ewalker@jw.com |
| Wettle, Susan S. | swettle@fbtlaw.com; jcleary@fbtlaw.com; tthomas@fbtlaw.com |
| Wistow, Max | mwistow@wistbar.com |
| Wolf, George | stationfire@shb.com |
| Wollin, David A. | dwollin@apslaw.com; dciuffetelli@apslaw.com |

**Notice will be delivered via conventional electronic mail to the following:**

| | |
|---|---|
| Hardwicke, Timothy B. | timothy.hardwicke@lw.com; suzanne.kadus@lw.com chefiling@lw.com |
| Julian, Howard | sohohomes@yahoo.com |
| Sullivan, Meghan | Meghan.Sullivan@lw.com |

**Notice will be delivered via Regular US Mail, postage prepaid, to:**

Judy Perritano
Pierce, Davis, Fahey & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110