**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-76L |
| JEFFREY DERDERIAN, et al.<br>Defendants. | : | |

**DEFENDANT PACTIV CORPORATION'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO**
**NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**
**(STATION NIGHTCLUB FIRE LITIGATION)**

Defendant Pactiv Corporation ("Pactiv") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L.

WHEREFORE, Pactiv Corporation, having fully answered Plaintiff's Notice of Adoption of Third Amended Master Complaint, denies that Plaintiff is entitled to any relief from Pactiv Corporation; demands judgment against Plaintiff for costs, expenses, and reasonable attorneys' fees; and asks that this Court grant such further relief as it may deem just and proper.

Respectfully submitted,

PACTIV CORPORATION

By: __/s/ Bruce G. Tucker, Esq.__________
One of its Attorneys

Bruce G. Tucker, Esq. (#563)
LEGAL MANAGEMENT SERVICES LLC
55 Hammarlund Way
Middletown, RI 02840
(401) 843-8400

Mark R. Ter Molen, Esq. (pro hac vice)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 17th day of November, 2006.

| | |
|---|---|
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net<br>rdblaw@conversent.net |
| Ann Songer | stationfire@shb.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| David D. Langfitt | dlangfitt@mmwr.com |
| Daniel P. McKiernan, Esq. | dmckiernan@mtmlaw.us |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollen, Esq. | dwollin@apslaw.com<br>dciuffetelli@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |

| | |
|---|---|
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ebh@choate.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| Gerald. C. DeMaria | gdemaria@hcc-law.com |
| Georgia Ann Sullivan, Esq. | georgia.sullivan@thehartford.com |
| George Wolf | stationfire@shb.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard A. Merten, Esq. | hm@psh.com<br>slb@psh.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D Ambra | ricedolan@ricedolan.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com<br>sodonoghue@hcc-law.com<br>peason@hcc-law.com<br>sbodurtha@hcc-law.com |
| Jennifer Creedon | jcreedon@cetcap.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| John J. Cloherty, III, Esq | jcloherty@piercedavis.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |

| | |
|---|---|
| John G. Hines | Hines-Patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com<br>isoucy@amlawllp.com<br>johnmahoney@amlawllp.com |
| John F. Murphy | stationfire@shb.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Josh M. Greenbaum | jgreenbaum@cozen.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | ker@blishcavlaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| Marc DeSisto, Esq. | marc@desistolaw.com<br>mary@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com<br>cmontgomery@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark R. Ter Mollen, Esq. | mtermolen@mayerbrownrowe.com |
| Max Wistow, Esq. | mw@wistbar.com<br>Jdean@witbar.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com<br>chefiling@lw.com |

| | |
|---|---|
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | mmazurczak@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com<br>susanl@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard T. Gallone | Richard@briancunha.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com<br>vburrus@mandwlaw.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com<br>slevesque@wszlaw.com<br>presnik@mwe.com<br>skasten@mwe.com |
| Stephen T. Armato, Esq. | sarmato@cetcap.com<br>kbjornlund@cetcap.com<br>agriffin@cetcap.com<br>mcahalane@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |

| | |
|---|---|
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen A. Izzi | sizzi@moseafonso.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven M. Richard, Esq. | srichard@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com<br>jcleary@fbtlaw.com<br>tthomas@fbtlaw.com |
| T. Dos Urbanski, Esq. | durbanski@melicklaw.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lw.com<br>Suzanne.kadus@lw.com<br>chefiling@lw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William E. O'Gara, Esq. | wogara@pld-law.com<br>smelo@pld-law.com |

and mailed by first class mail, postage prepaid to the following:

Howard J. Julian
7 Columbia Lane
Jamestown, RI 02835-1813

Allen J. McCarthy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

Judy Perritano
Pierce, Davis, Fahey & Perritano, LLP
10 Winthrop Square
Boston, MA 02110

Joel F. Pierce
Morrison, Mahoney
250 Summer Street
Boston, MA 02109-1118

/s/ Bruce G. Tucker
Bruce G. Tucker, Esq.