**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES<br>Plaintiffs.<br><br>v.<br><br>JEFFREY DERDERIAN, et al.<br>Defendants. | ) | C.A. No. 06-76/L<br>(Adopting 04-312-L |

**DEFENDANTS'[1] ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' NOTICE OF ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT**

NOW COME defendants Knight-Celotex Lisbon Falls LLC, Knight Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC (collectively, "Knight") and for their answer and affirmative defenses to the Plaintiffs' Notice of Adoption of the Third Amended Master Complaint filed in Gonsalves v. Jeffrey Derderian, et al., C.A. No. 06-076L (Gonsalves Doc. # 1) state as follows:

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312-L (the "Gray Case"). In response to Plaintiffs' Notice of Adoption of the Third Amended Master Complaint, Knight adopts and incorporates herein Knight's Answer and Affirmative Defenses to the Third Amended Master Complaint filed in the Gray Case. See Gray Doc. # 865.

**WHEREFORE**, Defendants Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC pray that:

[1] Defendants are Knight-Celotex Lisbon Falls, LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC. Plaintiffs are those named in the Notice of Adoption of Third Amended Master Complaint filed in Gonsalves v. Jeffery Derderian, et al., C.A. No. 06-076L (Gonsalves Doc. # 1).

(a) the Third Amended Master Complaint and Plaintiffs' Notice of Adoption of the Third Amended Master Complaint be dismissed with prejudice as to Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC;

(b) Plaintiffs' demand for relief against Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be denied in every respect;

(c) Knight-Celotex Lisbon Falls LLC, Knight-Celotex LLC, Knight Industries, Inc., Knight Industries, LLC and Knight Industries I, LLC be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as maybe just, proper, and equitable.

Dated: November 21, 2006

Respectfully submitted,

DEFENDANTS[2]

By: /s/ David E. Maglio, Esq.

David E. Maglio, #3459
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

---

[2] See n.1, supra.

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
meghan.sullivan@lw.com
timothy.hardwicke@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2006, a true copy of the *Answer of the Knight Entities to the Gonsalves complaint* was served by CMF/ECMF e-filing as those who are currently on the list to receive e-mail notices for this case.

- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Russell Bramley**
  bramley@hbhlaw.net
- **Robert P. Corrigan**
  rpcorrigan@conversent.net
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Bennett R. Gallo**
  brg@ndgrb.com
- **Howard Julian**
  sohohomes@yahoo.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **David E. Maglio**
  dmaglio@magliolaw.com dgianq@magliolaw.com
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **Edwin F. McPherson**
  emcpherson@m-klaw.com
- **Mark T. Nugent**
  mnugent@morrisonmahoney.com cmontgomery@morrisonmahoney.com

- **James H. Reilly, III**
  jreilly@kkrs.com
- **Steven M. Richard**
  srichard@nixonpeabody.com ProEfile@nixonpeabody.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **Bruce Gregory Tucker**
  btucker@legalmgt.com
- **T. Dos Urbanski**
  durbanski@melicklaw.com
- **David A. Wollin**
  dwollin@apslaw.com dciuffetelli@apslaw.com

/s/ David E. Maglio, Esq.

And was mailed conventionally to the following:

No mail recipients.

/s/ David E. Maglio, Esq.

h:\clients\station fire\pleadings\gonsalves\knight entities\gonsalves answer