UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of the Estate of MICHAEL GONSALVES *Plaintiffs.* | ) | |
| Vs. | ) | C.A. No. 06-76-L |
| JEFFREY DERDERIAN, ET AL. *Defendants.* | ) | |

**ANSWER AND JURY CLAIM OF HOWARD JULIAN PRO-SE DEFENDANT.**

Plaintiff has adopted the Third Amended Master Complaint in *Albert L Gray, Administrator, et al v. Jeffrey Derderian, et al,* C.A. No. 04-612-L. This Defendant hereby incorporates the answer filed on his behalf in *Albert L Gray, Administrator, et al v. Jeffrey Derderian, et al* C.A. No. 04-612-L as his answer.

Further, Defendant Howard Julian denies any averments made in this case which were not specifically included in the Third Amended master Complaint.

Respectfully Submitted,
Howard Julian
Pro-se Defendant.

Howard Julian
163 New Road
Exeter, RI 02822

Dated: November 27, 2006

**CERTIFICATION OF SERVICE**

This is to certify that on this date of 27th of November, 2006. A true and correct copy of Defendant Howard Julian answer to The Third Amended Master Complaint was served via e-mail in PDF format only on all of the parties.

Howard Julian

____________________

Pro-Se Defendant