UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEIL GONSALVES, as administrator of The Estate of MICHAEL GONSALVES, Plaintiff, | : | |
| vs. | : | CA 06-76L |
| JEFFREY DERDERIAN, et al., Defendants. | : | |

**ERRATA TO**
**MEMORANDUM AND ORDER**
**GRANTING IN PART**
**MOTION FOR EXTENSION OF TIME**

The words "seventy-five" which appear in the last line on page 13 and in the second line on page 14 are hereby replaced by the words "eighty-four."

Footnote 13 on page 13 is amended by deleting the first two lines preceding the quoted material and replacing those lines with the following:

> The Gonsalves Complaint (Gonsalves Doc. #2) enumerates ninety-seventy defendants, but there are actually only ninety-five (D17 and D18 are omitted), and Defendants D48 through D58 are:

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
January 29, 2007

BY ORDER:

Deputy Clerk