UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEIL GONSALVES, AS ADMINISTRATOR OF THE ESTATE OF MICHAEL GONSALVES, ET AL | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO.: 06-76-L |
| JEFFREY DERDERIAN, ET AL. | ) |
| Defendants | ) |

**DEFENDANT'S, LUNA TECH, INC., ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L*, and this defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here. To the extent the plaintiffs' Adoption can be read to assert other claims or allegations against Luna Tech, Inc., they are denied.

Respectfully submitted,
LUNA TECH, INC.

/s/ Robert T. Norton, Esq.

Robert T. Norton (Bar #5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: February 23, 2007

## CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF, with service made to all counsel of record on the 23rd day of February 2007:

- **Karen A. Alegria**
  karen@briancunha.com
- **Thomas C. Angelone**
  angelonelaw@aol.com
- **Steven T. Armato**
  sarmato@cetcap.com
  kbjornlund@cetcap.com;agriffin@cetcap.com;mcahalane@cetcap.com
- **Joseph Aronson**
  jaronson@mccormackfirm.com
- **Charles L. Babcock**
  cbabcock@jw.com
- **John P. Barylick**
  jpb@wistbar.com
- **Joseph J. Bellew**
  jbellew@cozen.com
- **Thomas R. Bender**
  stationfire@hansoncurran.com
- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **James A. Bigos**
  jim@b-plaw.com
- **Kevin F. Bowen**
  kbowen@bbglaw.us
- **Russell Bramley**
  bramley@hbhlaw.net
- **Stephen E. Breggia**
  sbreggia@bbglaw.us
- **John H. Brooke**
  jbrooke@brookemawhorr.com
- **Joseph B. Burns**
  jburns@rms-law.com
- **William F. Burke**
  wburke@apslaw.com
- **Mark D. Cahill**
  mcahill@choate.com
- **Lawrence J. Cappuccio**
  l.cappuccio@worldnet.att.net
- **Joseph V. Cavanagh, Jr**

jvc@blishcavlaw.com

- **Lawrence G. Cetrulo**
  lcetrulo@cetcap.com
  kbjornlund@cetcap.com;kblackburn@cetcap.com;mcahalane@cetcap.com;agriffi n@ce tcap.com
- **Kim M. Clarke**
  kclarke@nixonpeabody.com ProEfile@nixonpeabody.com
- **John J. Cloherty, III**
  jcloherty@piercedavis.com
- **Edward M. Crane**
  ecrane@skadden.com
- **Ronald J. Creamer**
  resminilaw@yahoo.com
- **Jennifer Creedon**
  jcreedon@cetcap.com
- **John R. Crockett, III**
  jcrockett@fbtlaw.com
- **Brian R. Cunha**
  brian@briancunha.com
- **Jessica Deanseris**
  jad@wistbar.com
- **Michael R. DeLuca**
  mrd@gsm-law.com
- **Anthony F. DeMarco**
  tdemarco@conversent.net rdblaw@conversent.net
- **Gerald C. DeMaria**
  gdemaria@hcc-law.com
- **Marc DeSisto**
  marc@desistolaw.com mary@desistolaw.com
- **Eric B. DiMario**
  edimario@gunninglafazia.com
- **Curtis R. Diedrich**
  cdiedrich@sloanewalsh.com
- **Stefanie DiMaio-Larivee**
  fonia@msn.com
- **Mark P. Dolan**
  ricedolan@ricedolan.com
- **B. Jon Enciso**
  jenciso@legalmgt.com
- **Esquire Deposition Solutions**
  stationfire@esquirecom.com
- **Esquire Litigation Solutions LLC**
  stationfire@esquirecom.com
- **Christopher C. Fallon, Jr**
  cfallon@cozen.com

- **William A. Filippo**
  wfilippo@calvinolaw.com
- **John J. Flanagan**
  jflanagan@torti.com
- **Stephen Fogerty**
  fogerty@halloran-sage.com
- **Bennett R. Gallo**
  brg@ndgrb.com
- **Richard T. Gallone**
  richard@briancunha.com
- **Josh M. Greenbaum**
  jgreenbaum@cozen.com
- **Stewart F. Grossman**
  sgrossman@lgllp.com
- **Mark C. Hadden**
  mhadden@mhaddenlaw.com
- **Nancy W. Hamilton**
  nhamilton@jw.com
- **Kate Harden for J. Renn Olenn**
  kbh@olenn-penza.com
- **Timothy B. Hardwicke**
  timothy.hardwicke@lw.com suzanne.kadus@lw.com
- **William M. Heffernan**
  HeffernanLaw@aol.com
- **Kathleen C. Henry**
  khenry@choate.com
- **Carl A. Henlein**
  chenlein@fbtlaw.com
- **Eric Bradford Hermanson**
  ebh@choate.com
- **John G. Hines**
  Hines-Patz@conversent.net
- **Daniel J. Horgan**
  horganlaw@snet.net
- **Christopher A.D. Hunt**
  chunt@cetcap.com
- **Stephen A. Izzi**
  sizzi@mosesafonso.com
- **Craig A. Johns**
  cjohnsc@nationwide.com
- **Patrick T. Jones**
  pjones@cmjlaw.com
- **Howard Julian**
  sohohomes@yahoo.com
- **Steven W. Kasten**

skasten@mwe.com

- **Bruce P. Keller**
  bkeller@debevoise.com
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **Joseph Krowski**
  Josephkrowski.law@verizon.net
- **David D. Langfitt**
  dlangfitt@mmwr.com
- **Ronald P. Langlois**
  rlanglois@smithbrink.com
- **Anthony R. Leone**
  leonelaw@cox.net
- **James R. Lee**
  jlee@riag.ri.gov
- **S. Michael Levin**
  mlevin@wszlaw.com

slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com

- **Thomas W. Lyons, III**
  tlyons@straussfactor.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Stephen J. MacGillivray**
  smacgillivray@eapdlaw.com
- **David E. Maglio**
  dmaglio@magliolaw.com
- **Linda Magro**
  jruggieri@hcc-law.com
- **John R. Mahoney**
  jackmahoney@amlawllp.com

lsoucy@amlawllp.com;johnmahoney@amlawllp.com

- **Eva Marie Mancuso**
  emancuso@hwac.com
- **Mark S. Mandell**
  msmandell@msn.com cmatzko@cox.net;cmatzko873@rwu.edu
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **Michael J. Mazurczak**
  mmazurczak@melicklaw.com
- **Allen J. McCarthy**
  stationlitigation@melicklaw.com
- **Michael McCormack**
  mmccormack@mccormackfirm.com
- **W. Thomas McGough, Jr**
  wmcgough@reedsmith.com

- **Daniel P. McKiernan**
  dmckiernan@mtmlaw.us
- **Edwin F. McPherson**
  emcpherson@m-klaw.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com
- **Howard A. Merten**
  hm@psh.com slb@psh.com
- **Kelly N. Michels**
  knm@hansoncurran.com
- **Amy Minchillo**
  aminchillo@itwlaw.com
- **Steven A. Minicucci**
  sminicucci@calvinolaw.com
- **David Mitrou**
  dmitrou@mccormackfirm.com
- **Ralph J. Monaco**
  rmonaco.c-l@snet.net
- **James T. Murphy**
  jtm@hansoncurran.com
- **John J. Nazzaro**
  attynazzaro@aol.com
- **Robert T. Norton**
  rnorton@sloanewalsh.com
- **Mark T. Nugent**
  mnugent@morrisonmahoney.com cmontgomery@morrisonmahoney.com
- **Suzanne O'Donoghue**
  sodonoghue@hcc-law.com
- **William E. O'Gara**
  wogara@pld-law.com
- **J. Renn Olenn (Kate Harden)**
  kbh@olenn-penza.com
- **Tracy L. Poppe**
  reardonlaw@aol.com
- **Michael Potenza**
  mpotenza@debevoise.com
- **Mark Parsky**
  mep@mcveyparsky-law.com
- **Stephen M. Prignano**
  sprignano@eapdlaw.com
- **Robert I. Reardon**
  reardonlaw@aol.com
- **Charles N. Redihan, Jr**
  credihan@kprlaw.com
- **James H. Reilly, III**

jreilly@kkrs.com

- **Ronald J. Resmini**
  resminilaw@yahoo.com
- **Peter L. Resnik**
  presnick@mwe.com
- **James J. Restivo**
  jrestivo@reedsmith.com
- **Mark T. Reynolds**
  mtreynolds@conversent.net
- **Steven M. Richard**
  srichard@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ian Ridlon**
  Stationfire;litigation@nixonpeabody.com
- **Dennis J. Roberts, II**
  droberts@djrlaw.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **James A. Ruggieri**
  jruggieri@hcc-law.com
- **Michael G. Sarli**
  mgs@gsm-law.com
- **Peter J. Schneider**
  pschneider@cmjlaw.com
- **Deborah G. Solmor**
  dsolmor@skadden.com
- **Ann M. Songer**
  stationfire@shb.com
- **Randall L. Souza**
  rsouza@shslawfirm.com
- **Michael A. St. Pierre**
  mikesp@rrsplaw.com susanl@rrsplaw.com
- **Georgia Ann Sullivan**
  georgia.sullivan@thehartford.com
- **Meghan H. Sullivan**
  meghan.sullivan@lw.com chefiling@lw.com
- **Paul Sullivan**
  pvsullivan@morrisonmahoney.com
- **Rajaram Suryanarayan**
  rsury@gunninglafazia.com
- **Henry M. Swan**
  hms@dksblaw.com
- **Mark R. Ter Molen**
  mtermolen@mayerbrownrowe.com
- **Mark D. Tourgee**
  aminchillo@itwlaw.com

- **Andrew J. Trevelise**
  atrevelise@reedsmith.com
- **Bruce Gregory Tucker**
  btucker@legalmgt.com
- **Scott J. Tucker**
  stucker@ths-law.com
- **T. Dos Urbanski**
  durbanski@melicklaw.com
- **Earl H. Walker**
  ewalker@jw.com
- **Susan S. Wettle**
  swettle@fbtlaw.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com
- **Lauren D. Wilkins**
  Lwilkins@smithbrink.com
- **Timothy A. Williamson**
  aminchillo@itwlaw.com
- **Max Wistow**
  mwistow@wistbar.com; jdean@wistbar.com
- **George Wolf**
  stationfire@shb.com
- **David A. Wollin**
  dwollin@apslaw.com; dciuffetelli@apslaw.com

**1.** Manual Notice List

And sent via conventional electronic mail to the following:

**Howard J. Julian, Esq.** sohohomes@yahoo.com
Meghan Sullivan, Atty. Meghan.Sullivan@lw.com
Timothy Hardwicke, Esq. Timothy.Hardwicke@lw.com

and Regular First-Class Mail:

**Allen J. McCarthy**
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

/s/ Robert T. Norton

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this 23rd day of February 2007.

/s/ Robert T. Norton, Esq.
Robert T. Norton