UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| NEIL GONSALVES, as Administrator of The Estate of Michael Gonsalves, Plaintiff, | § | |
| v. | § | Civil Action No. 06-76L |
| JEFFREY DERDERIAN, et al., Defendants. | § | |

**ANSWER OF DEFENDANTS[1] TO PLAINTIFF NEIL GONSALVES'[2] COMPLAINT AND JURY DEMAND AND NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT, SUBJECT TO NOTICE OF ELECTION (DIRECTED TOWARDS PLAINTIFF NEIL GONSALVES) AS TO PREVIOUSLY FILED MOTIONS TO DISMISS**

TO THE HONORABLE COURT:

BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "Butler" or "Defendant"); TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter "TVL" or "Defendant"); and LIN TELEVISION CORPORATION (the 80th listed Defendant in the above-referenced action, hereinafter "LIN" or "Defendant") (collectively, "Defendants") respectfully file this Answer to Plaintiff Neil Gonsalves' (hereinafter "Plaintiff"), as Administrator of The Estate of Michael Gonsalves, Complaint and Jury Demand and Notice of Adoption of Third Amended Master Complaint, Subject to Notice of Election (directed towards Plaintiff Neil Gonsalves) as to Previously Filed Motions to Dismiss as follows:

All Defendants here incorporate by reference herein the "Answer of Brian Butler, TVL Broadcasting, Inc., and STC Broadcasting, Inc. to the First Amended Master Complaint Subject

[1] Brian Butler; TVL Broadcasting, Inc. ("TVL"); and LIN Television Corporation. No other TVL, corporate-related Defendant has been served with process in the *Gonsalves* case.

[2] As Administrator of The Estate of Michael Gonsalves.



4550151v.1

to TVL's and STC's Partial Motion to Dismiss" filed in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L (PACER Doc. No. 280, Gray) as their answer here.

In addition, all Defendants here incorporate by reference herein the "Answer of Defendants to Plaintiffs' Third Amended Master Complaint, Subject to Defendants' Notice of Election as to Motion to Dismiss, and Adopting and Subject to Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Master Complaint" filed in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L (PACER Doc. No. 744, Gray) as their answer here.

In addition, Defendant LIN Television Corporation incorporates by reference herein its previously filed motion and memorandum of law titled "LIN Television Corporation, TVL Broadcasting of Rhode Island, LLC and LIN TV Corp.'s Partial Motion to Dismiss Third Amended Master Complaint," and "LIN Television Corporation, TVL Broadcasting of Rhode Island, LLC and LIN TV Corp.'s Memorandum of Law in Support of Their Partial Motion to Dismiss," respectively, filed in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L (PACER Doc. No. 704, Gray).

In addition, Defendant TVL Broadcasting, Inc. incorporates by reference herein "Defendants' Notice of Election as to Motion to Dismiss" filed in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L (PACER Doc. No. 700, Gray).

In addition, all Defendants here answer Plaintiff's additional claims[3] as follows:

**PLAINTIFF**

1. (a) Plaintiff Neil Gonsalves, Administrator, brings this claim on behalf of the Estate and wrongful death beneficiaries of his son, Michael Gonsalves, who lived in Providence,

[3] Plaintiff's Complaint and Jury Demand (PACER Doc. No. 2 – Gonsalves), a document separate and apart from Plaintiff's Notice of Adoption of Third Amended Master Complaint, was filed on February 17, 2006. Other than Paragraph No. 1 of Plaintiff's Complaint and Jury Demand (which identifies the Plaintiff as Neil Gonsalves, Administrator), Plaintiff's Complaint and Jury Demand contains the same causes of action found in the Third Amended Master Complaint filed in *Gray, et al. v. Derderian, et al.*; C.A. No. 04-312L.

Rhode Island. Derek Gray (sic) was lawfully on the premises of The Station nightclub on Cowesett Avenue, West Warwick, RI, on February 20, 2003 and died from injuries sustained in the fire. Neil Gonslaves (sic) was dully (sic) appointed Administrator of the plaintiff Estate by the Probate Court for the County of Providence.

**RESPONSE:** The claim in the first sentence is acknowledged but denied. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in this paragraph.

## AFFIRMATIVE DEFENSES

In addition to the affirmative defenses that have been incorporated herein by reference to Defendants' previously filed answers, Plaintiff's claims are barred by the statute of limitations because, although Plaintiff filed his Complaint and Notice of Adoption of Third Amended Master Complaint before the three year anniversary of the Station nightclub fire, Defendants were not served with the Summons, Plaintiff's Complaint and Notice of Adoption of Third Amended Master Complaint until 11 ½ months after Plaintiff filed suit.

Respectfully submitted,

Defendants[1] by their attorneys,

/s/ Charles L. Babcock
Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: 2-27-07

/s/ Richard W. MacAdams
Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS WIECK DeLUCA & GEMMA INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of February, 2007, a true and correct copy of Answer of Defendants to Plaintiff Neil Gonsalves' Complaint and Jury Demand and Notice of Adoption of Third Amended Master Complaint, Subject to Notice of Election (directed towards Plaintiff Neil Gonsalves) as to Previously Filed Motions to Dismiss was filed and served electronically and is available for viewing and downloading from the ECF system. This document has been served electronically through the ECF system upon the following counsel, unless otherwise noted below:

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer | stationfire@shb.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Anthony Leone | ricedolan@ricedolan.com |
| B. Jon Encisco | jencisco@legalmgt.com |
| Benjamin White | bwhite@vetterandwhite.com |
| Bennett R. Gallo | brg@ndgrb.com |
| Brian R. Cunha | Brian@Briancunha.com |
| Bruce G. Tucker | btucker@legalmgt.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| C. Russell Bengtson | RBengtson@ckmlaw.com |
| Carl Henlein | chenlein@fbtlaw.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Craig A. Johns | johnsc@Nationwide.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| Daniel P. McKiernan | dmckiernan@mtmlaw.us |
| David A. Wollin | dwollin@apslaw.com |
| David D. Langfitt | dlangfitt@mmwr.com |
| David E. Maglio | dmaglio@magliolaw.com |
| David T. Mitrou | dmitrou@mccormackfirm.com |
| Deborah Solmor | dsolmor@skadden.com |
| Dennis J. Roberts, II | droberts@djrlaw.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Earl H. Walker | ewalker@jw.com |
| Edward Sommers | esommers@vetterandwhite.com |
| Edward M. Crane | ecrane@skadden.com |
| Edward T. Hinchey | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Eric B. DiMario | edimario@gunninglafazia.com |
| Eric B. Hermanson | ehermanson@choate.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |

| | |
|---|---|
| Fred Kelly, Jr/ | StationFireLitigation@nixonpeabody.com |
| George Wolf | stationfire@shb.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Gerald DeMaria | GDeMaria@hcc-law.com |
| Gordon Cleary | gcleary@vetterandwhite.com |
| Henry M. Swan | hms@dksblaw.com |
| Howard A. Merten | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| J. Renn Olenn | jro@olenn-penza.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James H. Reilly | jreilly@kkrs.com |
| James J. Restivo, Jr. | jrestivo@reedsmith.com |
| James K. Archibald | jima@wmtburnett.com |
| James R. Lee | JLee@riag.state.ri.us |
| James S. D'Ambra | ricedolan@ricedolan.com |
| James T. Murphy | stationfire@hansoncurran.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Jennifer Creedon | stationlitigation@cetcap.com |
| Jessica Deanseris | jdean@wistbar.com |
| Joel Pierce | jpierce@piercedavis.com |
| John D. Bambara | jbambara@sentinelproducts.net |
| John F. Murphy | stationfire@shb.com |
| John G. Hines | hines-corrigan@conversent.net |
| John H. Brooke | jbrooke@brookemawhorr.com |
| John J. Cloherty | jcloherty@piercedavis.com |
| John J. Flanagan | jflanagan@torti.com |
| John J. Nazzaro | nazzjn@aol.com |
| John P. Barylick | jpb@wistbar.com |
| John R. Crockett, III | jcrockett@fbtlaw.com |
| John R. Mahoney | john.mahoney@amlawllp.com |
| Joseph Aronson | jaronson@mccormackfirm.com |
| Joseph Bellew | jbellew@cozen.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Josh Greenbaum | jgreenbaum@cozen.com |
| Judith Perritano | jperritano@piercedavis.com |
| Karen Alegria | karen@Briancunha.com |
| Karen Goyer | kgoyer@djrlaw.com |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Kevin Bowen | kbowen@BBGlaw.us |
| Kim M. Clarke | kclarke@nixonpeabody.com |
| Kristen Blackburn | StationLitigation@cetcap.com |
| Kristen Rodgers | stationfire@blishcavlaw.com |

| | |
|---|---|
| Lauren Wilkins | stationfire@smithbrink.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Lawrence Cetrulo | stationlitigation@cetcap.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Mark E. Parsky | mep@mcveyparsky-law.com |
| Mark P. Dolan | Ricedolan@ricedolan.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark Reynolds | tdemarco@conversent.com |
| Mark Tourgee | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | mwistow@wistbar.com |
| Meghan Sullivan | Timothy.Hardwicke@lw.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Michael R. DeLuca | mrd@gsm-law.com |
| Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Michael J. McCormack | mmccormack@mccormackfirm.com |
| Michael Potenza | mpotenza@debevoise.com |
| Michael Sarli | mrd@gsm-law.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Paul Sullivan | psullivan@morrisonmahoney.com |
| Patrick Day | pday.c-l@snet.net |
| Peter Resnik | presnik@mwe.com |
| Peter Schneider | pschneider@cmj-law.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Richard T. Gallone | Richard@briancunha.com |
| Richard W. MacAdams/Denean M. Russo | Rmacadams@mwdglaw.com |
| Robert P. Corrigan | hines-corrigan@conversent.net |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Robert I. Reardon | reardonlaw@aol.com |
| Ronald Creamer | Resminilaw@yahoo.com |
| Ronald J. Resmini | Resminilaw@yahoo.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Russell Bramley | bramley@hbhlaw.net |
| S. Michael Levin | mlevin@wszlaw.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Stephen E. Breggia | sbreggia@BBGlaw.us |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |

| | |
|---|---|
| Stephen Armato | StationLitigation@cetcap.com |
| Stephen MacGillivray | smacgillivray@eapdlaw.com |
| Steven A. Minicucci | SMinicucci@calvinolaw.com |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Steven W. Kasten | skasten@mwe.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbanski | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas Bender | stationfire@hansoncurran.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| Timothy Williamson | aminchillo@itwlaw.com |
| Tracy L. Poppe | reardonlaw@aol.com |
| W. Thomas McGough | wmcgough@reedsmith.com |
| William E. Murray | wmurray@eapdlaw.com |
| William E. O'Gara | wogara@pld-law.com |
| William F. Burke | wburke@apslaw.com |
| William Filippo | wfilippo@calvinolaw.com |
| William M. Heffernan | Heffernanlaw@aol.com |

Howard J. Julian (*Via U.S. Mail*)
163 New Road
Exeter, RI 02822

Carla Ottaviano (*Via U.S. Mail*)
Law Office of George J. DuBorg
200 Glastonbury Blvd., Ste. 301
Glastonbury, CT 06033

/s/ Charles L. Babcock