AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defendant)

McLaughlin & Moran, Inc., c/o Paul P. Moran, 40 Slater Road, Cranston, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875
Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-6-07 |
| NAME OF SERVER *(PRINT)* Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): Office of McLaughlin & Moran
JoAnn Bourque, Assistant Controller

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-6-07 (Date) — Richard Bourque (Signature of Server)

RICHARD A BOURQUE
~~CONSTABLE #013~~ Fed Process Server
75 HOLBURN AVE
CRANSTON RI 02910

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defendant)

LIN Television Corp. c/o Prentice-Hall Corp System, 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-7-07 |
| NAME OF SERVER *(PRINT)* Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): R/A for LIN Television Corp
Prentice-Hall Corp System
222 Jefferson Blvd
Warwick RI (Richard)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-7-07
Date

Richard Bourque
Signature of Server

RICHARD A BOURQUE
~~CONSTABLE #8213~~ Fed Process Server
75 HOLBURN AVE
CRANSTON RI 02910

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defendant)

TVL Broadcasting c/o Corporation Service Company, 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-7-07 |
| NAME OF SERVER *(PRINT)* Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): R/A for TVL Broadcasting
Corporation Service Co.
222 Jefferson Blvd
Warwick RI (Richard)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-7-07
Date

Richard Bourque
Signature of Server

RICHARD A BOURQUE
~~CONSTABLE #6013~~ Fed Process Server
75 HOLBURN AVE
CRANSTON RI 02910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator of The Estate of Michael Gonsalves
V.
Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defendant)
Brian Butler, 25 Catamore Blvd., East Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2-7-07 |
|---|---|
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 25 Catamore Blvd E Prov R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-7-07
Date

Richard Bourque
Signature of Server

RICHARD A BOURQUE
~~CONSTABLE #3013~~
75 HOLBURN AVE
~~CRANSTON RI 02910~~
Fed Process Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.