UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEIL GONSALVES, AS ADMINISTRATOR OF THE ESTATE OF MICHAEL GONSALVES, Plaintiff, vs. JEFFREY DERDERIAN, ET AL., Defendants. | C.A. No. C.A. No. 06-76L |

**LEGGETT & PLATT, INCORPORATED AND L&P FINANCIAL SERVICES COMPANY'S ANSWER TO PLAINTIFF'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHT CLUB FIRE LITIGATION)**

Leggett & Platt, Incorporated and L&P Financial Services Company (collectively "L&P" for purposes of this Answer), for their answer to plaintiff's Notice of Adoption of Third Amended Master Complaint (Station Night Club Fire Litigation) state:

In answering plaintiff's Adoption of the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-312L, L&P hereby adopts and incorporates by reference, as if fully set forth herein, each Answer and Affirmative and Other Defenses to Plaintiffs' Third Amended Master Complaint in Gray in its entirety. L&P further answers plaintiff's Notice of Adoption of Third Amended Master Complaint as follows.

## GENERAL DENIAL

L&P denies each and every allegation and legal conclusion set forth in plaintiff Gonsalves' Notice of Adoption of Third Amended Master Complaint, or the other pleadings referenced above, not specifically admitted herein.

## ADDITIONAL AFFIRMATIVE AND OTHER DEFENSES

L&P asserts the following additional affirmative defenses.

1. Plaintiff's claims are barred due to insufficiency of service of process.

2. Plaintiff's claims are barred due to insufficiency of process.

3. Plaintiff's claims are barred due to plaintiff's failure to timely serve L&P.

WHEREFORE, defendants L&P, having fully answered plaintiff Gonsalves' Notice of Adoption of Third Amended Master Complaint, respectfully prays that plaintiff Gonsalves' Notice of Adoption of Third Amended Master Complaint be dismissed with prejudice against L&P, for costs incurred herein, and for such other relief as this Court deems just and proper.

DEFENDANTS

LEGGETT & PLATT INCORPORATED and
L&P FINANCIAL SERVICES CO.
By their attorneys,

*/s/ Thomas W. Lyons*
Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

Of counsel:

*/George E. Wolf, III*
George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Tel.: 816-474-6550
Fax: 816-421-5774

## CERTIFICATION

I certify that on the 15th day of March, 2007, I caused a copy of the foregoing pleading to be served on counsel of record as follows:

Via Electronic Mail through Electronic Case Filing to the following:

1. Allen J McCarthy, Esq. stationlitigation@melicklaw.com
2. Amy Minchillo, Esq. aminchillo@itwlaw.com
3. Andrew J. Trevelise, Esq. atrevelise@reedsmith.com
4. Ann Songer, Esq. stationfire@shb.com
5. Anthony F. DeMarco, Esq. tdemarco@conversent.net
6. Anthony R. Leone, Esq. leonelaw@cox.net
7. B. Jon Enciso jenciso@legalmgt.com
8. Bennett R. Gallo, Esq. brg@ndgrb.com
9. Benjamin V. White III, Esq. bwhite@vetterandwhite.com
10. Brian Cunha, Esq. brian@Briancunha.com
11. Bruce P. Keller, Esq. bkeller@debevoise.com
12. Bruce G. Tucker, Esq. btucker@legalmgt.com
13. C. Russell Bengtson, Esq. rbengtson@ckmlaw.com
14. Carl A Henlein, Esq. chenlein@fbtlaw.com
15. Charles Babcock, Esq. cbabcock@jw.com
16. Charles N. Redihan, Jr., Esq. credihan@kprlaw.com
17. Christopher C. Fallon, Jr., Esq. cfallon@cozen.com
18. Christopher AD. Hunt, Esq. chunt@cetcap.com
19. Craig A. Johns, Esq. johnsc@nationwide.com
20. Curtis R. Diedrich, Esq. cdiedrich@sloanewalsh.com
21. Daniel Horgan, Esq. horganlaw@snet.net
22. Daniel P. McKiernan, Esq. danielpmckiernan@yahoo.com
23. David E. Maglio, Esq. dmaglio@magliolaw.com
24. David T. Mitrou, Esq. dmitrou@mccormackfirm.com
25. David A. Wollin, Esq. dwollin@apslaw.com
26. Deborah Solmor, Esq. dsolmor@skadden.com
27. Dennis J. Roberts, II, Esq. droberts@djrlaw.com
28. Donald J. Maroney, Esq. dmaroney@kkrs.com
29. Earl H. Walker, Esq. ewalker@jw.com
30. Edward M. Crane, Esq. ecrane@skadden.com
31. Edward T. Hinchey, Esq. ehinchey@sloanewalsh.com
32. Edwin F. McPherson, Esq. emcpherson@m-klaw.com
33. Eric Bradford Hermanson, Esq. ehermanson@choate.com
34. Eva Marie Mancuso, Esq. emancuso@hwac.com
35. Fred A. Kelly, Jr., Esq. stationfirelitigation@nixonpeabody.com
36. George Sullivan georgia.sullivan@thehartford.com
37. Henry M. Swan, Esq. hms@dksblaw.com
38. Howard A. Merten, Esq. hmerten.station@psh.com
39. Howard Julian sohohomes@hayoo.com



2360424v1

| | |
|---|---|
| 40. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 41. J. Renn Olefin, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 42. James A. Bigos, Esq. | jim@b-plaw.com |
| 43. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 44. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 45. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 46. James R. Lee, Esq. | jlee@riag.ri.gov |
| 47. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 48. Jessica Deanseris, Esq. | jad@wistbar.com |
| 49. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 50. John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 51. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 52. John J. Flanagan, Esq. | jflanagan@torti.com |
| 53. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 54. John P. Barylick, Esq. | jpb@wistbar.com |
| 55. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 56. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 57. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 58. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 59. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 60. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 61. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 62. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 63. Kate Harden, Esq. for Renn Olenn | khb@olenn-penza.com |
| 64. Kathleen C. Henry, Esq. | khenry@choate.com |
| 65. Kelly N. Michels, Esq. | stationfire@hansoncurren.com |
| 66. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 67. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 68. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 69. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 70. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 71. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 72. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 73. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 74. Mark D. Cahill, Esq. | mcahill@choate.com |
| 75. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 76. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 77. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 78. Mark S. Mandell, Esq. | msb@msb-atty.com |
| 79. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 80. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 81. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 82. Mark Ter Molen, Esq. | khenry@choate.com |
| 83. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 84. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 85. Max Wistow, Esq. | mw@wistbar.com |

| | |
|---|---|
| 86. Michael A. St Pierre, Esq. | mikesp@rrsplaw.com |
| 87. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 88. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 89. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 90. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 91. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 92. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 93. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 94. Peter L. Resnik, Esq. | presnick@mwe.com |
| 95. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 96. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 97. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 98. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 99. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 100. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 101. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 102. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 103. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 104. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 105. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 106. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 107. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 108. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |
| 109. Stephen Izzi, Esq. | sizzi@mosesafonso.com |
| 110. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 111. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 112. Stephen P. Fogerty, Esq. | fogarty@halloran-sage.com |
| 113. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 114. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 115. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 116. Steven W. Kasten, Esq. | skasten@mwe.com |
| 117. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 118. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 119. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 120. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 121. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 122. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 123. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 124. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 125. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 126. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 127. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 128. William E. O'Gara, Esq. | wogara@pld-law.com |
| 129. William F. Burke, Esq. | wburke@apslaw.com |
| 130. George Wolfe, Esq. | stationfire@shb.com |
| 131. Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |

132. William M. Heffernan, Esq. heffernanlaw@aol.com
133. John J. Flanagan, Esq. jflanagan@torti.com

Via First Class US Mail, postage prepaid to the following:

Howard J. Julian
7 Columbia Lane
Jamestown, RI 02835-1813

Allen J. McCarthy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

*/s/ Thomas W. Lyons*