MAR 15 2007

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

**AFFIDAVIT OF SERVICE**

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, LIN TV Corp., with a copy of the summons and complaint by certified mail, return receipt requested, on March 5, 2007, at the address of the agent for service, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of perjury this 15th day of March, 2007.

Notary Public: Karen Picozzi
My Commission Expires: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COUR r

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS N A CIVIL CASE**

CASE NUMBER: 06-7( ,

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-31 !L

TO: (Name and address of Defendant)

LIN T.V. Corp.
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S .TTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrin; ton, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI ( 2886

ın answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this ;ummons upon you, exclusive of the day of service. If you fail to do so, judgment by d( 'ault will be taken against you for he relief demanded in the complaint. You must also file your answer with the Clerk )f this Court within a reasonable ›eriod of time after service.

LERK

DATE 2-1-07

3y) DEPUTY CLERK

LIN TV / Geo Gonçalves

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Barbara Cooper. ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR - 5 2007 USPS 19808

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (*Transfer from service label*) 7006 0100 0005 7750 5498

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

## AFFIDAVIT OF SERVICE

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, TVL Broadcasting of Rhode Island, LLC with a copy of the summons and complaint by certified mail, return receipt requested, on March 5, 2007, at the address of the agent for service, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of perjury this 15th day of March, 2007.

Notary Public: Karen [illegible]cozzi
My Commission Expires: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator of The Estate of Michael Gonsalves
V.
Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defendant)

TVL Broadcasting of RI LLC
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(BY) DEPUTY CLERK

TVL Broadcasting [illegible] Gonsalves

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON
MAR - 5 2007
USPS - 19808

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0100 0005 7751 5528

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAI D

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

**AFFIDAVIT OF SERVICE**

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsal :s, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, Celotex Corporati n, with a copy of the summons and complaint by certified mail, return recei t requested, on March 5, 2007, at the address of the agent for service, 1209 Orange Street, Wilmington, DE 19801.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esq ire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of pe ury this 15th day of March, 2007.

Notary Public: Karer Picozzi
My Commission Exp es: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator of The Estate of Michael Gonsalves
V.
Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-31 L

TO: (Name and address of Defendant)

Celotex Corp.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 2-1-07

Celotex corp/ Progress Sales

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Scott [illegible] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 05 MAR 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0100 0005 7750 1542

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

## AFFIDAVIT OF SERVICE

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, FFNC, Inc., with a copy of the summons and complaint by certified mail, return receipt requested, on March 6, 2007, at the address of the agent for service, 2120 South 72nd Street, Suite 1190, Omaha, NE 68124.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of perjury this 15th day of March, 2007.

Notary Public: Karen Pidozzi
My Commission Expires: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COUI T

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS N A CIVIL CASE**

CASE NUMBER: 06-7( .

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-31 !L

TO: (Name and address of Defendant)

FFNC, Inc
c/o Mr. Gregory W. Searson, Registred Agent
Suite 1190
2120 South 72nd Street
Omaha, NE 68124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S . TTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harring on, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 0 886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by de ult will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk ( `this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

FFNCI

Reo Gonsalves

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Gregory W. Searson
Suite 1190
2120 South 72nd Street
Omaha, NE 68124-2341

2. Article Number
*(Transfer from service label)* 7006 0100 0005 7750 5481

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Donna Hubbard ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* DONNA HUBBARD

C. Date of Delivery 3-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

Neil Gonsalves, as Administrator :
of The Estate of Michael Gonsalves :
:
vs. : C.A. 06-76L
:
Jeffrey Derderian, et al. :

Albert L. Gray, as Administrator, et al:
:
vs. : C.A. 04-312L
:
Jeffrey Derderian, et al :

## AFFIDAVIT OF SERVICE

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, L&P Financial Services Co, with a copy of the summons and complaint by certified mail, return receipt requested, on March 5, 2007, at the address of the agent for service, 1209 Orange Street, Wilmington, DE 19801.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of perjury this 15th day of March, 2007.

Notary Public: Karen Pi[illegible]ozzi
My Commission Expires: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COUR Γ

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS : ٧ A CIVIL CASE**

CASE NUMBER: 06-76

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-31 L

TO: (Name and address of Defendant)
L&P Financial Services Company
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S A TORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harringt ›n, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 0: 186

an answer to the complaint which is herewith served upon you, within _ 20 (twenty) _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by defa lt will be taken against you for he relief demanded in the complaint. You must also file your answer with the Clerk o this Court within a reasonable period of time after service.

'LERK

DATE 2-1-07

3y) DEPUTY CLERK

L & P Financial / Ana Goncalves

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Scott LaCosta ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
MAR 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0100 0005 7750 553

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**UNITED STATES DISTRICT COUR**

**FOR THE DISTRICT OF RHODE ISLA D**

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312I |
| Jeffrey Derderian, et al | : | |

## AFFIDAVIT OF SERVICE

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsal es, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, Sealed Air Corpor ion with a copy of the summons and complaint by certified mail, return rece t requested, on March 5, 2007, at the address of the agent for service, 2711 enterville Road, Suite 400, Wilmington, DE 19808.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esc ire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Roac
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of p jury this 15th day of March, 2007.

Notary Public: Kare Picozzi
My Commission Exp es: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COU RT

District of Rhode Island

Neil Gonsalves, as administrator of The Estate of Michael Gonsalves
V.
Jeffrey Derderian, et al.

**SUMMON IN A CIVIL CASE**

CASE NUMBER: 06-7 L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-3 2L

TO: (Name and address of Defendant)

Sealed Air Corp.
c/o The Prentice-Hall Corporation System, Inc., Reg: stered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S TTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrin; :on, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI ( 2886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by de ult will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk f this Court within a reasonable period of time after service.

LERK

DATE 2-1-07

By) DEPUTY CLERK

Sealed Air Corp / Re: Kirksatios

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Prentice-Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE MAR 5 2007 USPS 19808

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(*Transfer from service label*) 7006 0100 0005 7750 5504

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

## AFFIDAVIT OF SERVICE

I, Russell Bramley, attorney for the Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, under oath, hereby state:

1. That I have served the defendant, Sealed Air Corporation (US) with a copy of the summons and complaint by certified mail, return receipt requested, on March 5, 2007, at the address of the agent for service, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

2. The return receipt evincing service is attached hereto.

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

Subscribed and sworn to before me under penalty of perjury this 15th day of March, 2007.

Notary Public: Karen Picozzi
My Commission Expires: 5/26/2009

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COUI T

District of Rhode Island

Neil Gonsalves, as administrator
of The Estate of Michael Gonsalves
V.

Jeffrey Derderian, et al.

**SUMMONS N A CIVIL CASE**

CASE NUMBER: 06-7( ,

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-31 :L

TO: (Name and address of Defendant)

Sealed Air Corp. U.S.
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S / ΓTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harring on, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 0 886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by def ılt will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk c this Court within a reasonable period of time after service.

:LERK

DATE 2-1-07

(By) DEPUTY CLERK

Sealed Air Corp US/ Pre... Salves

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Cooper
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE
MAR - 5 20..

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7006 0100 0005 77.0 5511

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540