**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEIL GONSALVES, as Administrator of The Estate of MICHAEL GONSALVES, | : | |
| Plaintiff, | : | |
| vs. | : | CA 06-76L |
| JEFFREY DERDERIAN, et al., | : | |
| Defendants. | : | |

**ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND**
**OF DEFENDANT CELOTEX CORPORATION TO COMPLAINT,**
**JURY DEMAND, AND NOTICE OF ADOPTION OF**
**THIRD AMENDED MASTER COMPLAINT OF PLAINTIFF NEIL GONSALVES**

Defendant Celotex Corporation submits this Answer, Affirmative Defenses, and Jury Demand in response to the Complaint of Plaintiff Neil Gonsalves.

Plaintiff, Neil Gonsalves, as administrator of the estate of Michael Gonsalves, has adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al. (C.A. No. 04-312L) (Gray Doc. # 695), in its entirety, as stated in his "Complaint and Jury Demand," filed Friday 17, 2006. Defendant Celotex Corporation hereby repeats and incorporates by reference, as if fully set forth herein, its Answer and Affirmative Defenses to the Gray Plaintiffs' Third Amended Master Complaint, as adopted by Plaintiff Neil Gonsalves, as administrator of the estate of Michael Gonsalves. To the extent that the Gonsalves complaint and notice of adoption may assert any claims or allegations not previously asserted by the Third Amended Master Complaint, Celotex Corporation hereby denies all such claims or allegations.

**PRAYER FOR RELIEF**

**WHEREFORE,** Defendant Celotex Corporation demands judgment, dismissing the claims against it, with prejudice, and that it be awarded costs and such other relief as the court deems just.

**JURY CLAIM**

Defendant Celotex Corporation demands a trial by jury as to all allegations set forth in the Third Amended Master Complaint, as adopted by Plaintiff Neil Gonsalves, as administrator to the Estate of Michael Gonsalves, and any other pleading in this case.

Dated: March 26, 2007

Respectfully submitted,
Defendant Celotex Corporation,
By its Attorneys,

/s/ Lawrence G. Cetrulo____
Lawrence G. Cetrulo (#6466)
Jennifer A. Creedon (#6975)
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com

/s/ David D. Langfitt______
David D. Langfitt
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Tel: (215) 772-7411
Fax: (215) 731-3850
E-mail: DLangfitt@mmwr.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS 26TH DAY OF MARCH, 2007, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Steven T. Armato | sarmato@cetcap.com |
| Joseph Aronson | jaronson@mccormackfirm.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | jpb@wistbar.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| William F. Burke | wburke@apslaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Joseph V. Cavanagh, Jr | jvc@blishcavlaw.com |
| Lawrence G. Cetrulo | lcetrulo@cetcap.com |
| Kim M. Clarke | kclarke@nixonpeabody.com, ProEfile@nixonpeabody.com |
| John J. Cloherty, III | jcloherty@piercedavis.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Jennifer Creedon | jcreedon@cetcap.com |
| Brian R. Cunha | brian@briancunha.com |
| James S. D'Ambra | ricedolank@aol.com |
| Michael R. DeLuca | mrd@gsm-law.com |
| Anthony F. DeMarco | tdemarco@conversent.net, rdblaw@conversent.net |
| Gerald C. DeMaria | gdemaria@hcc-law.com |
| Marc DeSisto | marc@desistolaw.com, mary@desistolaw.com |
| Eric B. DiMario | edimario@gunninglafazia.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| Christopher C. Fallon , Jr | cfallon@cozen.com |
| John J. Flanagan | jflanagan@torti.com |
| Stephen Fogerty | fogerty@halloran-sage.com |
| Bennett R. Gallo | brg@ndgrb.com |
| Richard T. Gallone | richard@briancunha.com |
| Josh M. Greenbaum | jgreenbaum@cozen.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Timothy B. Hardwicke | timothy.hardwicke@lw.com, suzanne.kadus@lw.com |
| William M. Heffernan | HeffernanLaw@aol.com |
| Eric Br adford Hermanson | ebh@choate.com |
| John G. Hines | Hines-Patz@conversent.net |
| Daniel J. Horgan | horganlaw@snet.net |

| | |
|---|---|
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Patrick T. Jones | pjones@cmjlaw.com |
| Fred A. Kelly , Jr | fkelly@nixonpeabody.com, ProEfile@nixonpeabody.com |
| David D. Langfitt | dlangfitt@mmwr.com |
| Ronald P. Langlois | rlanglois@smithbrink.com |
| James R. Lee | jlee@riag.ri.gov |
| S. Michael Levin | mlevin@wszlaw.com |
| Thomas W. Lyons , III | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mwdglaw.com, vburrus@mwdglaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| David E. Maglio | dmaglio@magliolaw.com |
| John R. Mahoney | jackmahoney@amlawllp.com, lsoucy@amlawllp.com johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com, cmatzko@cox.net; |
| Donald J. Maroney | dmaroney@kkrs.com |
| Michael J. Mazurczak | mmazurczak@melicklaw.com |
| Michael McCormack | mmccormack@mccormackfirm.com |
| W. Thomas McGough , Jr | wmcgough@reedsmith.com |
| Daniel P. McKiernan | dmckiernan@mtmlaw.us |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Howard A. Merten | hm@psh.com, slb@psh.com |
| Kelly N. Michels | knm@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| David Mitrou | dmitrou@mccormackfirm.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | jtm@hansoncurran.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| William E. O'Gara | wogara@pld-law.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Charles N. Redihan , Jr | credihan@kprlaw.com |
| James H. Reilly , III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo | jrestivo@reedsmith.com |
| Steven M. Richard | srichard@nixonpeabody.com |
| Dennis J. Roberts, II | droberts@djrlaw.com |
| Kristin E. Rodgers | ker@blishcavlaw.com |
| Michael G. Sarli | mgs@gsm-law.com |
| Peter J. Schneider | pschneider@cmjlaw.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann M. Songer | stationfire@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com, susanl@rrsplaw.com |
| Georgia Ann Sullivan | georgia.sullivan@thehartford.com |
| Meghan H. Sullivan | meghan.sullivan@lw.com, chefiling@lw.com |

| | |
|---|---|
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan | hms@dksblaw.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker | btucker@legalmgt.com |
| T. Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker | ewalker@jw.com |
| Max Wistow | mwistow@wistbar.com, jdean@wistbar.com |
| George Wolf | station fire@shb .com |
| David A. Wollin | dwollin@apslaw.com |
| Howard Julian | sohohomes@yahoo.com |

**Via First Class Mail**

Scott J. Tucker
Tucker, Heifetz & Saltzman LLP
100 Franklin Street
Suite 801
Boston, MA 02110

/s/ Lawrence G. Cetrulo____

Lawrence G. Cetrulo (#6466)
Jennifer A. Creedon (#6975)
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com