**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NEIL GONSALVES, Administrator of the Estate of Michael J. Gonsalves** | : | |
| **Plaintiffs** | : | |
| **VS.** | : | **C.A. NO.: 06-076 L** |
| **JEFFEREY DERDERIAN et al.,** | : | |
| **Defendants** | : | |

**STIPULATION**

It is hereby agreed by and between the Plaintiff, Neil Gonsalves, as Administrator of the Estate of Michael J. Gonsalves, and defendants[1] that the defendants, in order to answer the complaint filed by Gonsalves, will file a notice of adoption of the answer to the Third Amended Master Complaint wit the additional parties and causes of action in *Gray, et al. v. Jefferey Derderian, et al.* (C.A. No. 1:04-CV-312-L).

NEIL GONSALVES, Administrator of the Estate of Michael J. Gonsalves

By his Attorneys,

HARONIAN, BRAMLEY & HARRINGTON

Russell Bramley (#1781)
Centerville Commons
875 Centerville Road
Building Two, Unit 4B6
Warwick, RI 02886

Dated: 3-29-07

DEFENDANTS

By their Attorneys

HIGGINS, CAVANAGH & COONEY LLP

Gerald C. DeMaria (#0637)
James A. Ruggieri (#2828)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Dated: 3-30-07

[1] Defendants are General Foam Corporation; GFC Foam, LLC; PMC, Inc. and PMC Global, Inc.

AG3772

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION OF SERVICE**

I hereby certify that I caused to be served a copy of the within document by electronic mail through the Electronic Case Filing system of the United States District Court on the 30th day of March, 2007 to the following counsel of record:

| | |
|---|---|
| Karen A. Alegria<br>karen@briancunha.com | Thomas C. Angelone<br>angelonelaw@aol.com |
| Steven T. Armato<br>sarmato@cetcap.com<br>kbjornlund@cetcap.com<br>agriffin@cetcap.com<br>mcahalane@cetcap.com | Joseph Aronson<br>jaronson@mccormackfirm.com |
| Charles L. Babcock<br>cbabcock@jw.com | John P. Barylick<br>jpb@wistbar.com |
| C.Russel Bengston<br>rbengston@ckmlaw.com | James A. Bigos<br>jim@b-plaw.com |
| Russell Bramley<br>bramley@hbhlaw.net | Stephen E. Breggia<br>sbreggia@bbglaw.us |
| William F. Burke<br>wburke@apslaw.com | Mark D. Cahill<br>mcahill@choate.com |
| Lawrence Joseph Cappucio<br>l.cappucio@worldnet.att.net | Joseph V. Cavanagh, Jr.<br>jvc@blishcavlaw.com |
| Lawrence G. Cetrulo<br>lcetrulo@cetcap.com<br>kbjornlund@cetcap.com<br>mcahalane@cetcap.com<br>agriffin@cetcap.com | Kim M. Clarke<br>kclarke@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| Edward M. Crane<br>ecrane@skadden.com | Ronald J. Creamer<br>resminilaw@yahoo.com |
| Jennifer Creedon<br>jcreedon@cetcap.com | John R. Crockett<br>jcrockett@fbtlaw.com |

| | |
|---|---|
| Brian R. Cunha<br>brian@briancunha.com | James S. D'Ambra<br>ricedolan@ricedolan.com |
| Michael R. DeLuca<br>mrd@gsm-law.com | Anthony F. DeMarco<br>tdemarco@conversent.net<br>rdblaw@concersent.net |
| Eric B. DiMario<br>edimario@gunninglafazia.com | Marc DeSisto<br>marc@desistolaw.com<br>mary@desistolaw.com |
| Mark P. Dolan<br>ricedolan@ricedolan.com | Curtis R. Diedrich<br>Cdiedrich@sloanewalsh.com |
| John J. Flanagan<br>jflanagan@torti.com | Christopher C. Fallon, Jr.<br>cfallon@cozen.com |
| Bennett R. Gallo<br>brg@ndgrb.com | Stephen Fogerty<br>fogerty@halloran-sage.com |
| Josh M. Greenbaum<br>jgreenbaum@cozen.com | Richard T. Gallone<br>Richard@briancunha.com |
| Nancy W. Hamilton<br>nhamilton@jw.com | Mark C. Hadden<br>mhadden@mhaddenlaw.com |
| William M. Heffernan<br>HerrernanLaw@aol.com | Timothy B. Hardwicke<br>Timothy.hardwicke@lw.com<br>Suzanne.kadus@lw.com |
| Eric Bradford Hermanson<br>ebh@choate.com | Carl A. Henlein<br>chenlein@fbtlaw.com |
| Daniel J. Horgan<br>horganlaw@snet.net | John G. Hines<br>Hines-Patz@conversent.net |
| Patrick T. Jones<br>pjones@cmjlaw.com | Stephen A. Izzi<br>sizzi@mosesafonso.com |
| David D. Langfitt<br>dlangfitt@mmwr.com | Fred A. Kelly, Jr.<br>fkelly@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| James R. Lee<br>jlee@riag.ri.gov | Ronald P. Langlois<br>rlanglois@smithbrink.com |
| Thomas W. Lyons, III<br>tlyons@straussfactor.com | S. Michael Levin<br>mlevin@wszlaw.com<br>slevesque@wszlaw.com<br>presnik@mwe.com<br>skasten@mwe.com |
| Stephen J. MacGillivray<br>smacgillivray@eapdlaw.com | Richard W. MacAdams<br>rmacadams@mwdglaw.com<br>vburrus@mwdglaw.com |
| John R. Mahoney<br>jackmahoney@amlawllp.com<br>lsoucy@amlawllp.com<br>johnmahoney@amlawllp.com | David E. Maglio<br>dmaglio@magliolaw.com<br>dgianq@magliolaw.com |

| | |
|---|---|
| Mark S. Mandell<br>msmandell@msn.com<br>cmatzko@cox.net<br>cmatzko873@rwu.edu | Eva Marie Mancuso<br>emancuso@hwac.com |
| Michael J. Mazurczak<br>mmazurczak@melicklaw.com | Donald J. Maroney<br>dmaroney@kkrs.com |
| W. Thomas McGough, Jr.<br>wmcgough@reedsmith.com | Michael McCormack<br>mmccormack@mccormackfirm.com |
| Edwin F. McPherson<br>emcpherson@m-klaw.com | Daniel P. McKiernan<br>dmckiernan@mtmlaw.us |
| Kelly N. Michels<br>knm@hansoncurran.com | Howard A. Merten<br>hm@psh.com<br>slb@psh.com |
| David Mitrou<br>Dmitrou.c-l@snet.net | Steven A. Minicucci<br>sminicucci@calvinolaw.com |
| James T. Murphy<br>jtm@hansoncurran.com | Ralph J. Monaco<br>Rmonaco.c-l@snet.net |
| Mark T. Nugent<br>mnugent@morrisonmahoney.com<br>cmontogomery@morrisonmahoney.com | Robert T. Norton<br>rnorton@sloanewalsh.com |
| Mark Parsky<br>mep@mcveyparsky-law.com | William E. O'Gara<br>wogara@pld-law.com<br>smelo@pld-law.com |
| Stephen M. Prignano<br>sprignano@eapdlaw.com<br>rjil@eapdlaw.com | Tracy L. Poppe<br>reardonlaw@aol.com |
| Charles N. Redihan, Jr.<br>credihan@kprlaw.com | Robert I. Reardon, Jr.<br>reardonlaw@aol.com |
| Ronald J. Resmini<br>resminilaw@yahoo.com | James H. Reilly, III<br>jreilly@kkrs.com |
| Steven M. Richard<br>srichard@nixonpeabody.com<br>ProEfile@nixonpeabody.com | James J. Restivo<br>jrestivo@reedsmith.com |
| Kristin E. Rodgers<br>ker@blishcavlaw.com | Dennis J. Roberts, II<br>droberts@djrlaw.com |
| Michael G. Sarli<br>mgs@gsm-law.com | Peter J. Schneider<br>pschneider@cmjlaw.com |
| Deborah G. Solmor<br>dsolmor@skadden.com | Ann M. Songer<br>stationfire@shb.com |
| Michael A. St. Pierre<br>mikesp@rrsplaw.com<br>susanl@rrsplaw.com | Georgia Ann Sullivan<br>Georgia.sullivan@thehartford.com |
| Meghan H. Sullivan<br>Meghan.sullivan@lw.com<br>chefiling@lw.com | Rajaram Suryanarayan<br>rsury@gunninglafaia.com |

| | |
|---|---|
| Henry M. Swan<br>hms@dksblaw.com | Mark R. Ter Molen<br>mtermolen@mayerbrownrowe.com |
| Andrew J. Trevelise<br>atrevelise@reedsmith.com | Bruce Gregory Tucker<br>btucker@legalmgt.com |
| T. Dos Urbanski<br>durbanski@melicklaw.com | Earl H. Walker<br>ewalker@jw.com |
| Susan S. Wettle<br>swettle@fbtlaw.com<br>jcleary@wistbar.com<br>tthomas@fbtlaw.com | Max Wistow<br>mwistow@wistbar.com<br>jdean@wistbar.com |
| George Wolf<br>stationfire@shb.com | David A. Wollin<br>dwollin@apslaw.com<br>dciuffetelli@apslaw.com |

And by first class mail to the following:

| | |
|---|---|
| Howard Julian<br>570 Shermantown<br>Saunderstown, RI 02874 | Howard J. Julian<br>7 Columbia Lane<br>Jamestown, RI 02835-1813 |
| Allen J. McCarthy<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02110-1775 | John F. Murphy<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108 |

/s/ James A. Ruggieri