**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NEIL GONSALVES, Administrator of the Estate of Michael J. Gonsalves** | : | |
| **Plaintiffs** | : | |
| **VS.** | : | **C.A. NO.: 06-076 L** |
| **JEFFEREY DERDERIAN et al.,** | : | |
| **Defendants** | : | |

**DEFENDANTS[1] ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF NEIL GONSALVES, AS ADMINISTRTOR OF THE ESTATE OF MICHAEL J. GONSALVES, NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHT CLUB FIRE LITIGATION)**

For their Answer and Affirmative Defenses, defendants[2] incorporate by reference, as if fully rewritten herein, their Answer and Affirmative Defenses in response to Plaintiff's Third Amended Master Complaint with the additional parties and causes of action in *Gray, et al. v. Jefferey Derderian, et al.* (C.A. No. 1:04-CV-312-L) as their Answer to Plaintiff's Notice of Adoption of Third Amended Master Complaint.[3]

**WHEREFORE**, Defendants, General Foam Corporation; GFC Foam, LLC; PMC, Inc. and PMC Global, Inc. pray that:

a. All claims asserted by or on behalf of the Plaintiff be dismissed with prejudice as to General Foam Corporation; GFC Foam, LLC; PMC, Inc. and PMC Global, Inc.;

b. Plaintiff's demand for relief against General Foam Corporation; GFC Foam, LLC; PMC, Inc.; and PMC Global, Inc. be denied in every respect;

---

[1] Defendants are General Foam Corporation; GFC Foam, LLC; PMC, Inc. and PMC Global, Inc..
[2] See fn 1.
[3] Plaintiff has adopted the third amended master complaint in *Gray, et al. v. Derderian, et al.*

c. That General Foam Corporation; GFC Foam, LLC; PMC, Inc. and PMC Global, Inc.; be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

d. The Court grant such other and further relief as may be just, proper, and equitable.

Defendants claim a jury by trial as to all counts so triable.

Respectfully submitted,

DEFENDANTS[4]

By their Attorneys

HIGGINS, CAVANAGH & COONEY LLP

/s/ James A. Ruggieri

Gerald C. DeMaria (#0637)
James A. Ruggieri (#2828)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

[4] See fn 1.

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be served a copy of the within document by electronic mail through the Electronic Case Filing system of the United States District Court on the 30th day of March, 2007 to the following counsel of record:

| | |
|---|---|
| Karen A. Alegria<br>karen@briancunha.com | Thomas C. Angelone<br>angelonelaw@aol.com |
| Steven T. Armato<br>sarmato@cetcap.com<br>kbjornlund@cetcap.com<br>agriffin@cetcap.com<br>mcahalane@cetcap.com | Joseph Aronson<br>jaronson@mccormackfirm.com |
| Charles L. Babcock<br>cbabcock@jw.com | John P. Barylick<br>jpb@wistbar.com |
| C.Russel Bengston<br>rbengston@ckmlaw.com | James A. Bigos<br>jim@b-plaw.com |
| Russell Bramley<br>bramley@hbhlaw.net | Stephen E. Breggia<br>sbreggia@bbglaw.us |
| William F. Burke<br>wburke@apslaw.com | Mark D. Cahill<br>mcahill@choate.com |
| Lawrence Joseph Cappucio<br>l.cappucio@worldnet.att.net | Joseph V. Cavanagh, Jr.<br>jvc@blishcavlaw.com |
| Lawrence G. Cetrulo<br>lcetrulo@cetcap.com<br>kbjornlund@cetcap.com<br>mcahalane@cetcap.com<br>agriffin@cetcap.com | Kim M. Clarke<br>kclarke@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| Edward M. Crane<br>ecrane@skadden.com | Ronald J. Creamer<br>resminilaw@yahoo.com |
| Jennifer Creedon<br>jcreedon@cetcap.com | John R. Crockett<br>jcrockett@fbtlaw.com |
| Brian R. Cunha<br>brian@briancunha.com | James S. D'Ambra<br>ricedolan@ricedolan.com |
| Michael R. DeLuca<br>mrd@gsm-law.com | Anthony F. DeMarco<br>tdemarco@conversent.net<br>rdblaw@concersent.net |
| Eric B. DiMario<br>edimario@gunninglafazia.com | Marc DeSisto<br>marc@desistolaw.com<br>mary@desistolaw.com |
| Mark P. Dolan<br>ricedolan@ricedolan.com | Curtis R. Diedrich<br>Cdiedrich@sloanewalsh.com |
| John J. Flanagan<br>jflanagan@torti.com | Christopher C. Fallon, Jr.<br>cfallon@cozen.com |

| | |
|---|---|
| Bennett R. Gallo<br>brg@ndgrb.com | Stephen Fogerty<br>fogerty@halloran-sage.com |
| Josh M. Greenbaum<br>jgreenbaum@cozen.com | Richard T. Gallone<br>Richard@briancunha.com |
| Nancy W. Hamilton<br>nhamilton@jw.com | Mark C. Hadden<br>mhadden@mhaddenlaw.com |
| William M. Heffernan<br>HerrernanLaw@aol.com | Timothy B. Hardwicke<br>Timothy.hardwicke@lw.com<br>Suzanne.kadus@lw.com |
| Eric Bradford Hermanson<br>ebh@choate.com | Carl A. Henlein<br>chenlein@fbtlaw.com |
| Daniel J. Horgan<br>horganlaw@snet.net | John G. Hines<br>Hines-Patz@conversent.net |
| Patrick T. Jones<br>pjones@cmjlaw.com | Stephen A. Izzi<br>sizzi@mosesafonso.com |
| David D. Langfitt<br>dlangfitt@mmwr.com | Fred A. Kelly, Jr.<br>fkelly@nixonpeabody.com<br>ProEfile@nixonpeabody.com |
| James R. Lee<br>jlee@riag.ri.gov | Ronald P. Langlois<br>rlanglois@smithbrink.com |
| Thomas W. Lyons, III<br>tlyons@straussfactor.com | S. Michael Levin<br>mlevin@wszlaw.com<br>slevesque@wszlaw.com<br>presnik@mwe.com<br>skasten@mwe.com |
| Stephen J. MacGillivray<br>smacgillivray@eapdlaw.com | Richard W. MacAdams<br>rmacadams@mwdglaw.com<br>vburrus@mwdglaw.com |
| John R. Mahoney<br>jackmahoney@amlawllp.com<br>lsoucy@amlawllp.com<br>johnmahoney@amlawllp.com | David E. Maglio<br>dmaglio@magliolaw.com<br>dgianq@magliolaw.com |
| Mark S. Mandell<br>msmandell@msn.com<br>cmatzko@cox.net<br>cmatzko873@rwu.edu | Eva Marie Mancuso<br>emancuso@hwac.com |
| Michael J. Mazurczak<br>mmazurczak@melicklaw.com | Donald J. Maroney<br>dmaroney@kkrs.com |
| W. Thomas McGough, Jr.<br>wmcgough@reedsmith.com | Michael McCormack<br>mmccormack@mccormackfirm.com |
| Edwin F. McPherson<br>emcpherson@m-klaw.com | Daniel P. McKiernan<br>dmckiernan@mtmlaw.us |
| Kelly N. Michels<br>knm@hansoncurran.com | Howard A. Merten<br>hm@psh.com<br>slb@psh.com |

| | |
|---|---|
| David Mitrou<br>Dmitrou.c-l@snet.net | Steven A. Minicucci<br>sminicucci@calvinolaw.com |
| James T. Murphy<br>jtm@hansoncurran.com | Ralph J. Monaco<br>Rmonaco.c-l@snet.net |
| Mark T. Nugent<br>mnugent@morrisonmahoney.com<br>cmontogomery@morrisonmahoney.com | Robert T. Norton<br>rnorton@sloanewalsh.com |
| Mark Parsky<br>mep@mcveyparsky-law.com | William E. O'Gara<br>wogara@pld-law.com<br>smelo@pld-law.com |
| Stephen M. Prignano<br>sprignano@eapdlaw.com<br>rjil@eapdlaw.com | Tracy L. Poppe<br>reardonlaw@aol.com |
| Charles N. Redihan, Jr.<br>credihan@kprlaw.com | Robert I. Reardon, Jr.<br>reardonlaw@aol.com |
| Ronald J. Resmini<br>resminilaw@yahoo.com | James H. Reilly, III<br>jreilly@kkrs.com |
| Steven M. Richard<br>srichard@nixonpeabody.com<br>ProEfile@nixonpeabody.com | James J. Restivo<br>jrestivo@reedsmith.com |
| Kristin E. Rodgers<br>ker@blishcavlaw.com | Dennis J. Roberts, II<br>droberts@djrlaw.com |
| Michael G. Sarli<br>mgs@gsm-law.com | Peter J. Schneider<br>pschneider@cmjlaw.com |
| Deborah G. Solmor<br>dsolmor@skadden.com | Ann M. Songer<br>stationfire@shb.com |
| Michael A. St. Pierre<br>mikesp@rrsplaw.com<br>susanl@rrsplaw.com | Georgia Ann Sullivan<br>Georgia.sullivan@thehartford.com |
| Meghan H. Sullivan<br>Meghan.sullivan@lw.com<br>chefiling@lw.com | Rajaram Suryanarayan<br>rsury@gunninglafaia.com |
| Henry M. Swan<br>hms@dksblaw.com | Mark R. Ter Molen<br>mtermolen@mayerbrownrowe.com |
| Andrew J. Trevelise<br>atrevelise@reedsmith.com | Bruce Gregory Tucker<br>btucker@legalmgt.com |
| T. Dos Urbanski<br>durbanski@melicklaw.com | Earl H. Walker<br>ewalker@jw.com |
| Susan S. Wettle<br>swettle@fbtlaw.com<br>jcleary@wistbar.com<br>tthomas@fbtlaw.com | Max Wistow<br>mwistow@wistbar.com<br>jdean@wistbar.com |
| George Wolf<br>stationfire@shb.com | David A. Wollin<br>dwollin@apslaw.com<br>dciuffetelli@apslaw.com |

And by first class mail to the following:

| | |
|---|---|
| Howard Julian<br>570 Shermantown<br>Saunderstown, RI 02874 | Howard J. Julian<br>7 Columbia Lane<br>Jamestown, RI 02835-1813 |
| Allen J. McCarthy<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02110-1775 | John F. Murphy<br>Shook, Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108 |

/s/ James A. Ruggieri