UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEIL GONSALVES, as administrator of The Estate of Michael Gonsalves

v. C.A. NO: 06-76L

JEFFREY DERDERIAN, et al.

ALBERT L. GRAY, as administrator, et al.

v. C.A. NO: 04-312L

JEFFREY DERDERIAN, ET AL.

**ANSWER OF DEFENDANT, FFNC, INC.**
**TO PLAINTIFF GONSALVES' NOTICE OF ADOPTION OF**
**THIRD AMENDED MASTER COMPLAINT**

Plaintiff Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves, has adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No: 04-312 L, in its entirety. Defendant FFNC, Inc., has been served with a Summons and Notice of Adoption of Third Amended Master Complaint. Defendant, FFNC, Inc., hereby repeats and incorporates by reference its answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

Likewise, Defendant, FFNC, Inc., demands trial by jury.

Defendant,
FFNC, Inc.
By its Attorneys:

/S/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

I hereby certify that on the 9th day of April, 2007, a true copy of the foregoing document was served upon each attorney of record, or pro se litigant, listed below by electronic filing of this document with the U.S. District Court for the District of Rhode Island.

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Stephen T. | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Barylick, John | jbp@wistbar.com |
| Bender, Thomas R. | stationfire@hansoncurran.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James A. | jim@b-plaw.com |
| Bowen, Kevin F. | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Stephen | sbreggia@bbglaw.us |
| Burns, Joseph B. | jburns@rms-law.com |
| Cahill, Mark D. | mcahill@choate.com |
| Cappuccio, Lawrence J. | l.cappuccio@worldnet.att.net |
| Cavanagh, Jr., Joseph V. | stationfire@blishcavlaw.com |
| Crane, Edward M. | ecrane@skadden.com |
| Creamer, Ronald J. | resminilaw@yahoo.com |
| Crocket, III, John R. | jrocket@fbtlaw.com |
| Cunha, Brian R. | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeMarco, Anthony | tdemarco@conversent.net |
| DeSisto, Marc | stationfire@desistolaw.com |
| Diedrich, Curtis R. | cdiedrich@sloanewalsh.com |
| DiMaio Larivee, Stephanie | fonia@msn.com |
| Dolan, Mark P. | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Jr., Christopher | cfallon@cozen.com |
| Filippo, William A. | wfilippo@calvinolaw.com |
| Flanagan, John F. | jflanagan@torti.com |
| Fogerty, Stephen | fogerty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark C. | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy B. | timothy.hardwicke@lw.com |
| Heffernan, William | heffernanlaw@aol.com |
| Henlein, Carl A. | chenlein@fbtlaw.com |
| Hermanson, Eric B. | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanewalsh.com |
| Horgan, Daniel J. | horganlaw@snet.net |
| | jenciso@legalmgt.com |

| | |
|---|---|
| Johns, Craig A. | johnsc@nationwide.com |
| Jones, Patrick | pjones@cmj-law.com |
| Keller, Bruce P. | bkeller@debevoise.com |
| Lamontagne, Donna | Dlamontagne@zizikpowers.com |
| Langlois, Ronald P. | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri.us |
| Levin, S. Michael | mlevin@wszlaw.com |
| Lyons, Thomas W. | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| Maglio, David E. | dmaglio@magliolaw.com |
| Mahoney, John R. | johnmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark S. | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| Mazurczak, Michael J. | StationLitigation@melicklaw.com |
| McCarthy, Allen | amccarthy@melicklaw.com |
| McCormack, Michael | Mmccormack@mccormackfirm.com |
| McGillivray, Stephen J. | smacgillivray@edwardsanagell.com |
| McGough, W. Thomas | tmcgough@reedsmith.com |
| McPherson, Edwin R. | emcpherson@m-klw.com |
| Medeiros, Matthew F. | mfm@lmkbw.com |
| Merten, Howard A. | hmerten.station@psh.com |
| Michels, Kelly N. | stationfire@hansoncurran.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David T. | dmitrou@mccormackfirm.com |
| Monaco, Ralph J. | rmonaco.c-l@snet.net |
| | mostrowski@goodwin.com |
| Murphy, James T. | stationfire@hansoncurran.com |
| Nazzaro, John | attynazzaro@aol.com |
| Norton, Robert | rnorton@sloanewalsh.com |
| Nugent, Mark T. | mnugent@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| Olenn, J. Renn | kbh@olenn-penza.com |
| Pagnano, Tina | tpagnano@gunninglafazia.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Peabody, Nixon | stationfirelitigation@nixonpeabody.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James H. | jreilly@kkrs.com |
| Resmini, Ronald J. | resminilaw@yahoo.com |
| Restivo, James | jrestivo@reedsmith.com |
| Rodgers, Kristin E. | stationfire@blishcavlaw.com |
| Ruggieri, James | jruggieri@hcc-law.com |
| Solmor, Deborah | dsolmor@skadden.com |

| | |
|---|---|
| Songer, Ann/George Wolf | stationfire@shb.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| | Stephen.Izzi@hklaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Ter Moten, Mark R. | mtermoten@mayerbrownrowe.com |
| Tourgee, Mark | aminchillo@itwlaw.com |
| Trevelise, Andrew J. | atrevelise@reedsmith.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbankski, T. Dos | stationlitigation@melicklaw.com |
| Walker, Earl H. | ewalker@jw.com |
| Wettle, Susan | swettle@fbtlaw.com |
| Wilkins, Lauren | lwilkins@smithbrink.com |
| Williamson, Timothy A. | aminchillo@itwlaw.com |
| Wistow, Max | mw@wistbar.com |
| Wollin, David | dwollin@apslaw.com |

**And by first-class mail to the following:**

Howard Julian
570 Shermantown
Saunderstown, RI 02874

Howard J. Julian
7 Columbia Lane
Jamestown, RI 02835-1813

Allen J. McCarthy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

John F. Murphy
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

/s/ Michael R. De Luca