UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEIL GONSALVES, as administrator of The
Estate of Michael Gonsalves

v. C.A. NO: 06-76L

JEFFREY DERDERIAN, et al.

ALBERT L. GRAY, as administrator, et al.

v. C.A. NO: 04-312L

JEFFREY DERDERIAN, ET AL.

**LATE ANSWER STIPULATION**

Defendant, FFNC, Inc., is allowed up to and including April 30, 2007 within which to file its Answer Plaintiff Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves' Complaint and Notice of Adoption of Third Amended Master Complaint.

Plaintiff,
By his Attorney:

/s/ Russell Bramley

Russell Bramley, Esq. #1781
Haronian, Bramley & Harrington
875 Centerville Road, Bldg. 2, #4B6
Warwick, RI 02886

Defendant,
FFNC, Inc.
By its Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

**CERTIFICATION**

I hereby certify that on the 17th day of April, 2007, a true copy of the foregoing document was served upon each attorney of record, or pro se litigant, listed below by electronic filing of this document with the U.S. District Court for the District of Rhode Island.

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Stephen T. | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Barylick, John | jbp@wistbar.com |
| Bender, Thomas R. | stationfire@hansoncurran.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James A. | jim@b-plaw.com |
| Bowen, Kevin F. | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Stephen | sbreggia@bbglaw.us |
| Burns, Joseph B. | jburns@rms-law.com |
| Cahill, Mark D. | mcahill@choate.com |
| Cappuccio, Lawrence J. | l.cappuccio@worldnet.att.net |
| Cavanagh, Jr., Joseph V. | stationfire@blishcavlaw.com |
| Crane, Edward M. | ecrane@skadden.com |
| Creamer, Ronald J. | resminilaw@yahoo.com |
| Crocket, III, John R. | jrocket@fbtlaw.com |
| Cunha, Brian R. | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeMarco, Anthony | tdemarco@conversent.net |
| DeSisto, Marc | stationfire@desistolaw.com |
| Diedrich, Curtis R. | cdiedrich@sloanewalsh.com |
| DiMaio Larivee, Stephanie | fonia@msn.com |
| Dolan, Mark P. | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Jr., Christopher | cfallon@cozen.com |
| Filippo, William A. | wfilippo@calvinolaw.com |
| Flanagan, John F. | jflanagan@torti.com |
| Fogerty, Stephen | fogerty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark C. | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy B. | timothy.hardwicke@lw.com |
| Heffernan, William | heffernanlaw@aol.com |
| Henlein, Carl A. | chenlein@fbtlaw.com |
| Hermanson, Eric B. | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanewalsh.com |
| Horgan, Daniel J. | horganlaw@snet.net |
| | jenciso@legalmgt.com |

| | |
|---|---|
| Johns, Craig A. | johnsc@nationwide.com |
| Jones, Patrick | pjones@cmj-law.com |
| Keller, Bruce P. | bkeller@debevoise.com |
| Lamontagne, Donna | Dlamontagne@zizikpowers.com |
| Langlois, Ronald P. | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri.us |
| Levin, S. Michael | mlevin@wszlaw.com |
| Lyons, Thomas W. | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| Maglio, David E. | dmaglio@magliolaw.com |
| Mahoney, John R. | johnmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark S. | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| Mazurczak, Michael J. | StationLitigation@melicklaw.com |
| McCarthy, Allen | amccarthy@melicklaw.com |
| McCormack, Michael | Mmccormack@mccormackfirm.com |
| McGillivray, Stephen J. | smacgillivray@edwardsanagell.com |
| McGough, W. Thomas | tmcgough@reedsmith.com |
| McPherson, Edwin R. | emcpherson@m-klw.com |
| Medeiros, Matthew F. | mfm@lmkbw.com |
| Merten, Howard A. | hmerten.station@psh.com |
| Michels, Kelly N. | stationfire@hansoncurran.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David T. | dmitrou@mccormackfirm.com |
| Monaco, Ralph J. | rmonaco.c-l@snet.net |
| | mostrowski@goodwin.com |
| Murphy, James T. | stationfire@hansoncurran.com |
| Nazzaro, John | attynazzaro@aol.com |
| Norton, Robert | rnorton@sloanewalsh.com |
| Nugent, Mark T. | mnugent@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| Olenn, J. Renn | kbh@olenn-penza.com |
| Pagnano, Tina | tpagnano@gunninglafazia.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Peabody, Nixon | stationfirelitigation@nixonpeabody.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James H. | jreilly@kkrs.com |
| Resmini, Ronald J. | resminilaw@yahoo.com |
| Restivo, James | jrestivo@reedsmith.com |
| Rodgers, Kristin E. | stationfire@blishcavlaw.com |
| Ruggieri, James | jruggieri@hcc-law.com |
| Solmor, Deborah | dsolmor@skadden.com |

| | |
|---|---|
| Songer, Ann/George Wolf | stationfire@shb.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| | Stephen.Izzi@hklaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Ter Moten, Mark R. | mtermoten@mayerbrownrowe.com |
| Tourgee, Mark | aminchillo@itwlaw.com |
| Trevelise, Andrew J. | atrevelise@reedsmith.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbankski, T. Dos | stationlitigation@melicklaw.com |
| Walker, Earl H. | ewalker@jw.com |
| Wettle, Susan | swettle@fbtlaw.com |
| Wilkins, Lauren | lwilkins@smithbrink.com |
| Williamson, Timothy A. | aminchillo@itwlaw.com |
| Wistow, Max | mw@wistbar.com |
| Wollin, David | dwollin@apslaw.com |

**And by first-class mail to the following:**

Howard Julian
570 Shermantown
Saunderstown, RI 02874

Howard J. Julian
7 Columbia Lane
Jamestown, RI 02835-1813

Allen J. McCarthy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110-1775

John F. Murphy
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

/s/ Michael R. De Luca