UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEIL GONSALVES, as administrator of The
Estate of Michael Gonsalves

v. C.A. NO: 06-76L

JEFFREY DERDERIAN, et al.

ALBERT L. GRAY, as administrator, et al.

v. C.A. NO: 04-312L

JEFFREY DERDERIAN, ET AL.

**LATE ANSWER STIPULATION**

Defendant, FFNC, Inc., is allowed up to and including April 30, 2007 within which to file its Answer Plaintiff Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves' Complaint and Notice of Adoption of Third Amended Master Complaint.

Plaintiff,
By his Attorney:

/s/ Russell Bramley

Russell Bramley, Esq. #1781
Haronian, Bramley & Harrington
875 Centerville Road, Bldg. 2, #4B6
Warwick, RI 02886

Defendant,
FFNC, Inc.
By its Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

Enter: Ronald R. Lagueux
Sr. USDJ 4/18/07