UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Neil Gonsalves, as Administrator
of The Estate of Michael Gonsalves:

vs. C.A. 06-76L

Jeffrey Derderian, et al.

Albert L. Gray, as Administrator, et al:

vs. C.A. 04-312L

Jeffrey Derderian, et al

AFFIDAVIT / CERTIFICATE OF PROOF OF SERVICE
ON DEFENDANT BARRY H. WARNER

I, Russell Bramley, Esquire, say of my own personal knowledge that:

1. I am an attorney licensed to practice law in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Third Amended Master Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 15, 2006 and adopted by Plaintiff, Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves on February 17,2006.

3. On February 28, 2007 a copy of the Summons and Complaint were forwarded by first-class mail to Barry H. Warner, c/o Ronald Langlois, Esquire, Smith & Brink, P.C., One State Street, Suite 400, Providence, RI 02908 (Attorney for Barry H. Warner), along with an Acknowledgement indicating his acceptance of service of process on behalf of Barry H. Warner.

4. On April 11, 2007, Ronald Langlois, Esquire, signed the enclosed Acknowledgement indicating the acceptance of service of process on behalf of Barry H. Warner. See Acknowledgment~reto.

Russell Bramley, Esquire

**NOTARY**

Subscribed and sworn to before me in the City of Warwick, County of Kent, State of Rhode Island on this I~t- day of May, 2007.

Caren Picozzi
My Commission Expires: *5/2612009*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEIL GONSALVES, as Administrator of :
The Estate of MICHAEL GONSALVES:
Plaintiff

Vs. C.A. No. 06-76L

JEFFREY DERDERIAN, et al.

ALBERT L. GRAY, Administrator, et al :
Plaintiffs,

Vs. C.A. No. 04-312L

JEFFREY DERDERIAN, et aI,

ACKNOWLEDGEMENT

1. I, Ronald Langlois, Esq., am authorized to accept service of process on behalf of Barry H. Warner and to accept service of process in lieu of this Defendant being served directly by Plaintiffs counsel pursuant to Federal Rule 4;

2. By accepting the enclosed summons and one complaint, Barry H. Warner agrees to waive any potential requirement that he received a complaint from each Plaintiff or each law firm representing each Plaintiff;

3. By accepting this service of process Barry I-I. WClfiH::rack.1io\vlcdges that full and complete service of process had been made in satisfaction of and compliance with Federal Rule 4 and 28 U.S.c. sec. 1448.

Signed,

'AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Neil Gonsalves, as administrator of The Estate of Michael Gonsalves
V.
Jeffrey Derderian, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-76L

Albert L. Gray, Administrator, et al.
V.
Jeffrey Derderian, et al

CASE NUMBER: 04-312L

TO: (Name and address of Defcndant)

Barry H. Warner
c/o Ronald Langlois, Esquire, Attorney for Defendant
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell Bramley, Esquire, of Haronian, Bramley & Harrington, LLP, 875 Centerville Road, Building Two, Unit 4B6, Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-1-07

(By) DEPUTY CLERK

'AO 440 (Rev. 10/93) Summons in a Ci vii Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(l) | DATE Februar 28 2007 |
|---|---|
| NAME OF SERVER *(PRINT)* ussell Bramley, Esquire | TITLE Counsel for Plaintiff |

***Check one box below to indicate appropriate method o*** *service*

O Served person any upon the third-party defendant. Place where served:

O Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

O Returned unexecuted:

IX] Other (specify): See Affidavit/Certificate of Proof of Service and Acknoledgement attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-1-07
Date

Signature of Server Russell Bramley, Esquire

875 Centerville Road. Building 2. Unit 4B6. Warwick, R
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.