UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NEIL GONSALVES,

vs.

JEFFREY DERDERIAN, et al.,

C.A. No. 06-076L

**ORDER**

This matter came on for hearing before this honorable court on May 22, 2007, on Defendants'[1] Notice of Election as to Motion to Dismiss (*Gonsalves* Docket, C.A. No. 06-076L, Document 6). After hearing thereon, it is hereby—

ORDERED, ADJUDGED AND DECREED

that Defendants' Notice of Election is hereby denied. The court further incorporates herein its Decision and Order as entered on November 17, 2005, in the *Gray* Docket C.A. No. 04-312L (Document 590) and in the *Henault* Docket, C.A. No. 03-483L (Document 335).

ENTER: BY ORDER:

Ronald R. Lagueux
Sr. USDJ

Date: 6/4/07

[1] Town of West Warwick, by and through its Finance Director, Malcolm Moore; Denis Larocque; Anthony Bettencourt; and Stephen Murray.