**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| | : | CIVIL ACTION NO. 04-312L |
| | : | |
| v. | : | |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| | : | CIVIL ACTION NO. 03-483L |
| | : | |
| v. | : | |
| | : | |
| AMERICAN FOAM CORPORATION, et al. | : | |
| | : | |
| | : | |
| Defendants | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants William Burnett & Co., Incorporated; Wm. T. Burnett & Co., Incorporated; Wm. T. Burnett Management, Inc.; Wm. T.B. Burnett & Co.; and Wm. T. Burnett Operating, LLLP hereby moves that John J. Doody, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. In support of the motion, attached is the Attorney's Certification for Pro Hac Vice Admission.

William T. Burnett & Co., Inc.
(Defendant)
By: /s/Rajaram Suryanarayan, Esq.
Bar ID No.: 4451
Address: 56 Pine St., Prov., RI 02903
DATED: June 15, 2007

# CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within was emailed on the 15th day of June, 2007 to:

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Steven; Cetrulo, Lawrence; Hunt, Christopher | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Barylick, John | jbarylick@wistbar.com |
| Bender, Thomas; Murphy, James; Michels, Kelly | stationfire@hansoncurren.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James | jim@b-plaw.com |
| Bowen, Kevin | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Steven | sbreggia@bbglaw.us |
| Burns, Joseph | jburns@rms-law.com |
| Cahill, Mark | mcahill@choate.com |
| Cappuccio, Lawrence | l.cappuccio@worldnet.att.com |
| Cavanagh, Joseph; Rodgers, Kristen | stationfire@blishcavlaw.com |
| Cloherty, John; Pierce, Joel | jcloherty@piercedavis.com |
| Crane, Edward | ecrane@skadden.com |
| Creamer, Ronald; Resmini, Ronald | resminilaw@yahoo.com |
| Cunha, Brian; Alegria, Karen | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeLuca, Michael | mrd@gsm-law.com |
| DeMarco, Anthony; Reynolds, Mark | tdemarco@conversent.net |

| | |
|---|---|
| DeSisto, Marc; Daniels, Kathleen | stationfire@desistolaw.com |
| Deidrich, Curtis | cdeidrich@sloanewalsh.com |
| DiMaio, Stephanie; Howe, James | fonia@msn.com |
| Dolan, Mark; Leone, Anthony | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Christopher; Bellew, Joseph | cfalon@cozen.com |
| Filippo, William | wfilippo@calvinolaw.com |
| Flanagan, John | jflanagan@torti.com |
| Fogerty, Stephen | fogarty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy; Sullivan, Meghan | timothy.hardwicke@lw.com |
| Heffernan, William | Heffernanlaw@aol.com |
| Heinlein, Carl; Crocket, John III | cheinlein@fbtlaw.com |
| Hermanson, Eric Bradford | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanwalsh.com |
| Horgan, Daniel | horganlaw@snet.net |
| Johns, Craig | johnsc@nationwide.com |
| Jones, Patrick; Sneider, Peter | pjones@cmj-law.com |
| Julian, Howard | sohohomes@yahoo.com |
| Kasten, Steven; Resnik, Peter | skasten@mwe.com |
| Keller, Bruce | bkeller@debevoise.com |
| Langlios, Ronald; Wilkens, Lauren | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri. |

| | |
|---|---|
| Levin, Michael | mlevin@wczlaw.com |
| Lyons, Thomas | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| McGillvray, Stephen | macgillvray@edwardsandangell.com |
| Maglio, David | dmaglio@magliolaw.com |
| Mahoney, John | jmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark; Boisclair, Yvette | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| McCormack, Michael; Aronson, Joseph; Mitrou, David | mmccormack@mccormackfirm.com |
| McGough, Thomas | tmcgough@reedsmith.com |
| McPherson, Matthew | emcphearson@m-klw.com |
| Medeiros, Matthew | mfm@lmkbw.com |
| Merten, Howard | hmerten.station@psh.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.co |
| Monaco, Ralph | rmonaco.c-l@snet.net |
| Nazzaro, John | attynazaro@aol.com |
| Norton, Robert; Scanlon, James | rnorton@sloanwalsh.com |
| Nugent, Mark mnugent@morrisonmahoney.co | |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William | wogara@pld-law.com |
| Olenn, Renn | kbh@olenn-penza.com |

| | |
|---|---|
| Parsky, Mark | mep@mcveyparsky-law.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen; MacGillivray, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert; Poppe, Tracy | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James | jreilly@kkrs.com |
| Restivo, James; McGough, Thomas | jrestivo@reedsmith.com |
| Richard, Steven | stationfirelitigation@nixonpeabody.com |
| Ruggeiri, James; DiMaria, Gerald | rruggeiri@hcc-law.com |
| Solmor, Deborah; Simpson, Kimberly | dsolmor@skadden.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Swan, Henry | hms@dksblaw.com |
| Ter Molen, Mark | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark; Williamson, Timothy | aminchillo@itwlaw.com |
| Trevelise, Andrew | atrevelise@reedsmith.com |
| Tucker, Bruce | btucker@legalmgt.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbanski, T. Dos; Mazurczak, Michael; McCarthy, Allen | stationlitigation@melicklaw.com |
| Walker, Earl | ewalker@jw.com |
| Wettle, Susan | swettle@fbtlaw.com |
| Wistow, Max | mw@wistbar.com |
| Wolf, George; Songer, Ann | stationfire@shb.com |
| Wollin, David; Burke, William | stationfire@apslaw.com |

Pro Se:
Howard Julian
Seven Columbia Lane
Jamestown, RI 02835

**Notice will be delivered by other means to:**

James C Martin
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Kevin R. Powers
Cetrulo & Cetrulo
The Heritage Bldg.
321 So. Main Street
Providence, RI 02903

/s/Rajaram Suryanarayan