Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BG

TO: THOMAS CRONIN
RE: CA 03-148L, CA03-208L, CA04-26L, CA04-56L, CA05-02L, CA05-70L, CA06-02L, CA06-47l, CA06-67L and CA06-80L

# ORDER

I have reviewed your document(s) presented to the Clerk's Office on 6/15/07, and have made the following determination:

________ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

________ Your document(s) are hereby refused and returned to you for the following reason(s):

____1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4))

____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____6. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

__√_10. **Station Fire cases are consolidated for motion practice and discovery; [redacted]**

ENTER:
David L Martin
United States Magistrate Judge

Date: 6-18-07