**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Neil Gonsalves, as Administrator of The Estate of Michael Gonsalves | : | |
| vs. | : | C.A. 06-76L |
| Jeffrey Derderian, et al. | : | |
| Albert L. Gray, as Administrator, et al | : | |
| vs. | : | C.A. 04-312L |
| Jeffrey Derderian, et al | : | |

**NOTICE OF ADOPTION OF GRAY PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(b) OF LEGGETT & PLATT INCORPORATED AND DISCOVERY REQUEST WITH SUPPORTING RULE 56(f) AFFIDAVIT**

Now comes Neil Gonsalves, Administrator of the Estate of Michael J. Gonsalves, and hereby respectively notifies the Court and the parties that he hereby adopts Gray Plaintiffs' Initial Response to the Motion For Summary Judgment of Defendant, Leggett & Platt Incorporated, and Affidavit of Counsel Pursuant to Fed. Rule Civ. P. 56(f) filed on June 13, 2007 and Discovery Request.

Respectfully submitted:

Neil Gonsalves,
Administrator of the Estate of Michael J. Gonsalves,

By his Attorney,

Russell Bramley, Esquire #1781
Haronian, Bramley & Harrington, LLP
875 Centerville Road
Warwick, RI 02886
(401) 615-2811

**CERTIFICATION OF SERVICE**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to pro se defendants on this 27th day of June, 2007.

Karen A. Alegria
Karen@briancunha.com

Thomas C. Angelone
angelonelaw@aol.com

Steven T. Armato
sarmato@cetcap.com
kbjornlund@cetcap.com
agriffin@cetcap.com
mcahalane@cetcap.com

Joseph Aronson
jaronson@mccormackfirm.com

Charles L. Babcock
cbabcock@jw.com

John P. Barylick
jpb@wistbar.com

C. Russel Bengtson
rbengston@ckmlaw.com

James A. Bigos
jim@b-plaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

William F. Burke
wburke@apslaw.com

Mark D. Cahill
mcahill@choate.com

Lawrence Joseph Cappucio
l.cappucio@worldnet.att.net

Joseph V. Cavanagh, Jr.
jvc@blishcavlaw.com

Lawrence G. Cetrulo
lcetrulo@cetcap.com

Kim M. Clarke
kclarke@nixonpeabody.com
ProEfile@nixonpeabody.com

John J. Cloherty, III
jcloherty@piercedavis.com

Edward M. Crane
ecrane@skadden.com

Ronald J. Creamer
resminilaw@yahoo.com

Jennifer Creedon
jcreedon@cetcap.com

John R. Crockett
jcrockett@fbtlaw.com

Brian R. Cunha
brian@briancunha.com

James S. D'Ambra
ricedolan@ricedolan.com

Michael R. DeLuca

Anthony F. DeMarco

mrd@gsm-law.com

Eric B. DiMario
edimario@gunninglafazia.com

Mark P. Dolan
ricedolan@ricedolan.com

B. Jon Enciso
jenciso@legalmgt.com

John J. Flanagan
jflanagan@torti.com

Bennett R. Gallo
brg@ndgrb.com

Josh M. Greenbaum
jgreenbaum@cozen.com

Nancy W. Hamilton
nhamilton@jw.com

Kate Harden
KBH@olenn-penza.com

William M. Heffernan
HeffernanLaw@aol.com

John G. Hines
Hines-corrigan@conversent.net

Christopher A.D. Hunt
chunt@mccarter.com

Craig A. Johns
JohnsC@nationwide.com

David D. Langfitt
dlangfitt@mmwr.com

James R. Lee
dsolmor@skadden.com

Ann M. Songer
stationfire@shb.com

S. Michael Levin
mlevin@wszlaw.com

tdemarco@conversent.net

Marc DeSisto
marc@desistolaw.com

Curtis R. Diedrich
Cdiedrich@sloanewalsh.com

Howard Julian
sohohomes@yahoo.com

Christopher C. Fallon, Jr.
cfallon@cozen.com

Stephen Fogerty
fogerty@halloran-sage.com

Richard T. Gallone
richard@briancunha.com

Mark C. Hadden
mhadden@mhaddenlaw.com

Benjamin V. White, III. Esq.
bwhite@vetterandwhite.com

Timothy B. Hardwicke
Timothy.hardwicke@lw.com

Daniel J. Horgan
horgan@snet.net

Stephen A. Izzi
sizzi@mosesafonso.com

Fred A. Kelly, Jr.
fkelly@nixonpeabody.com

Ronald P. Langlois
rlanglois@smithbrink.com

Eric M. Sommers
eric.sommers@mclane.com

Randall L. Souza
rsouza@shslawfirm.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Richard W. MacAdams
rmacadams@mwdglaw.com

Stephen MacGillivray
smacgillivray@eapdlaw.com

David E. Maglio
dmaglio@magliolaw.com

Michael Mazurczak
mmazurczak@melicklaw.com

Michael McCormack
mmccormack@mccormackfirm.com

Daniel P. McKiernan
dmckiernan@mtmlaw.us

Allen J. McCarthy, Esq.
stationlitigation@melicklaw.com

Edwin McPherson
emcpherson@m-klaw.com

Howard Merten
hm@psh.com

David Mitrou
dmitrou@mccormackfirm.com

John Murphy
stationfire@shb.com

Robert Norton
rnorton@sloanewalsh.com

Mark Nugent
mnugent@morrisonhahoney.com

William E. O'Gara
wogara@pld-law.com

Mark Parsky
mep@mcveyparsky-law.com

Judith Perritano
jperritano@piercedavis.com

Kristin Rodgers
ker@blishcavlaw.com

James A. Ruggieri
jruggieri@hcc-law.com

Michael Sarli
mgs@gsm-law.com

Rajaram Suryanarayan
rsury@gunnnglafazia.com

Mark Molen
mtermolen@mayerbrownrowe.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

T. Dos Urbanski
durbanski@melicklaw.com

Earl Walker
ewalker@jw.com

Susan Wettle
swettle@fbtlaw.com

David Wollin
dwollin@apslaw.com

Russell Bramley, Esquire